1
2
3
4
5

IN THE UNITED DISTRICT COURTS
IN THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JOHN E. COLLINS, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>NOVA ASSOCIATION MANAGEMENT PARTNERS, LLC, a Washington limited liability company, SOUND LEGAL PARTNERS, LLC, a Washington limited liability company, and RACHEL RAPP BURKEMPER, an individual,<br><br>Defendants. | CASE: 2:20-CV-01206- JCC<br><br>EXHIBIT 1 TO AMENDED COMPLAINT |

# EXHIBIT 1
# STATEMENT OF ACCOUNT

1

HA THU DAO
ATTORNEY AT LAW
10728-16th Ave SW
Seattle, WA 98146
727.269.9334
hadaojd@gmail.com

Page: 1

**Villa Marina Association**
Villa Marina Association
PO Box 52979
Phoenix AZ 85072-2979
206-388-0180

**Statement of Account - 10/31/18**

Re: 17408 NE 45th Street # 173

John Jake Collins
5021 190th Place NE
Sammamish WA 98074

| | |
|---|---|
| Account # : | 62-173 |
| Lot # : | 173 |
| Bill Period: | Owner History Ledger |
| Payment Due: | 10/31/18 |
| **Amount Due:** | **1,024.80** |

| Date | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 09/30/16 | Balance Forward | | | 3,033.08 |
| 10/01/16 | ASSESSMENT | 628.18 | | 3,661.26 |
| 10/01/16 | Reserve Asmnt | 195.83 | | 3,857.09 |
| 10/03/16 | Payment Rec'd  7796 | | 628.18 | 3,228.91 |
| 10/18/16 | Late Fees | 25.00 | | 3,253.91 |
| 10/31/16 | Attorney Fees | 175.33 | | 3,429.24 |
| 10/31/16 | 103116 Sound Legal Partners Invoice | | | |
| 10/31/16 | Credit-Prepaid | | 175.33 | 3,253.91 |
| 10/31/16 | Credit-Prepaid | 175.33 | | 3,429.24 |
| 10/31/16 | Credit-Prepaid | | 175.33 | 3,253.91 |
| 10/31/16 | Credit-Prepaid | 175.33 | | 3,429.24 |
| 10/31/16 | Misc. Charges | 175.33 | | 3,604.57 |
| 10/31/16 | Credit-Prepaid | | 175.33 | 3,429.24 |
| 11/01/16 | ASSESSMENT | 628.18 | | 4,057.42 |
| 11/01/16 | Reserve Asmnt | 195.83 | | 4,253.25 |
| 11/02/16 | Payment Rec'd  628.18 | | 7,803.00 | 3,549.75CR |
| 11/08/16 | Payment Adjust  628.18 | 7,803.00 | | 4,253.25 |
| 11/08/16 | Payment Rec'd  7803 | | 628.18 | 3,625.07 |
| 11/08/16 | ASSESSMENT | 175.33 | | 3,800.40 |

New Balance  -   See next page

Make Checks Payable to: **Villa Marina Association**

Regenerated 12-11-2018

**Villa Marina Association**
Villa Marina Association
PO Box 52979
Phoenix AZ  85072-2979
206-388-0180

## Statement of Account - 10/31/18

Re: 17408 NE 45th Street # 173

John Jake Collins
5021 190th Place NE
Sammamish WA  98074

Account # :  62-173
Lot # :  173
Bill Period:  Owner History Ledger
Payment Due:  10/31/18

**Amount Due:**  1,024.80

| Date | Description | Charges | Credits | Balance |
|---|---|---|---|---|
|  | Balance From Previous Page |  |  | 3,800.40 |
| 11/08/16 | Credit-Prepaid |  | 175.33 | 3,625.07 |
| 11/16/16 | Late Fees | 25.00 |  | 3,650.07 |
| 11/28/16 | Payment Rec'd 7813 |  | 628.18 | 3,021.89 |
| 12/01/16 | ASSESSMENT | 628.18 |  | 3,650.07 |
| 12/01/16 | Reserve Asmnt | 195.83 |  | 3,845.90 |
| 12/02/16 | Attorney Fees | 244.00 |  | 4,089.90 |
| 12/02/16 | 120216 Sound Legal Partners Invoice |  |  |  |
| 12/31/16 | Attorney Fees | 3,200.37 |  | 7,290.27 |
| 12/31/16 | December Sound Legal Partners Billing |  |  |  |
| 01/01/17 | ASSESSMENT | 628.18 |  | 7,918.45 |
| 01/01/17 | Reserve Asmnt | 195.83 |  | 8,114.28 |
| 01/17/17 | Payment Rec'd 7821 |  | 628.18 | 7,486.10 |
| 01/23/17 | Late Fees | 25.00 |  | 7,511.10 |
| 01/26/17 | Attorney Fees | 1,659.48 |  | 9,170.58 |
| 01/26/17 | 012617 Sound Legal Partners Invoice |  |  |  |
| 02/01/17 | ASSESSMENT | 628.18 |  | 9,798.76 |
| 02/01/17 | Reserve Asmnt | 195.83 |  | 9,994.59 |
| 02/14/17 | Payment Rec'd 628623 |  | 12,006.86 | 2,012.27CR |
| 02/21/17 | Late Fees | 100.00 |  | 1,912.27CR |

New Balance  -  See next page

Make Checks Payable to: **Villa Marina Association**

Regenerated 12-11-2018

**Villa Marina Association**
Villa Marina Association
PO Box 52979
Phoenix AZ  85072-2979
206-388-0180

## Statement of Account - 10/31/18

Re: 17408 NE 45th Street # 173

John Jake Collins
5021 190th Place NE
Sammamish WA  98074

Account # : 62-173
Lot # : 173
Bill Period: Owner History Ledger
Payment Due: 10/31/18

**Amount Due:** 1,024.80

| Date | Description | Charges | Credits | Balance |
|---|---|---|---|---|
|  | Balance From Previous Page |  |  | 1,912.27CR |
| 02/21/17 | 7/16, 8/16, 9/16, 12/16 |  |  |  |
| 02/21/17 |   Legal Asmnt | 360.11 |  | 1,552.16CR |
| 02/21/17 | int. Per SLP, Less amount booked by PSCG |  |  |  |
| 02/21/17 |   Credit-Prepaid |  | 360.11 | 1,912.27CR |
| 02/21/17 | Reallocate Int Assessed to Correct Inc Code |  |  |  |
| 02/21/17 |   Interest | 360.11 |  | 1,552.16CR |
| 02/21/17 | Interest Assessed Per Attorney |  |  |  |
| 03/01/17 |   ASSESSMENT | 628.18 |  | 923.98CR |
| 03/01/17 |   Reserve Asmnt | 195.83 |  | 728.15CR |
| 03/06/17 |   Attorney Fees | 305.50 |  | 422.65CR |
| 03/06/17 | 022817 Sound Legal Partners Invoice |  |  |  |
| 03/28/17 |   Payment Rec'd  7849 |  | 628.18 | 1,050.83CR |
| 04/01/17 |   ASSESSMENT | 655.00 |  | 395.83CR |
| 04/01/17 |   Reserve Asmnt | 195.83 |  | 200.00CR |
| 04/03/17 |   Attorney Fees | 328.49 |  | 128.49 |
| 04/03/17 | 033017 Sound Legal Partners Invoice |  |  |  |
| 04/14/17 |   Attorney Fees | 1.06 |  | 129.55 |
| 04/14/17 | 022817 Sound Legal Partners Inv Bal |  |  |  |
| 04/17/17 |   Late Fees | 25.00 |  | 154.55 |

New Balance  -  See next page

Make Checks Payable to: **Villa Marina Association**

Regenerated 12-11-2018

**Villa Marina Association**
Villa Marina Association
PO Box 52979
Phoenix AZ  85072-2979
206-388-0180

**Statement of Account - 10/31/18**

Re: 17408 NE 45th Street # 173

John Jake Collins
5021 190th Place NE
Sammamish WA  98074

Account # :    62-173
Lot # :        173
Bill Period:   Owner History Ledger
Payment Due:   10/31/18

**Amount Due:    1,024.80**

| Date | Description | Charges | Credits | Balance |
|---|---|---|---|---|
|  | Balance From Previous Page |  |  | 154.55 |
| 05/01/17 | ASSESSMENT | 655.00 |  | 809.55 |
| 05/01/17 | Reserve Asmnt | 195.83 |  | 1,005.38 |
| 05/15/17 | Late Fees | 25.00 |  | 1,030.38 |
| 05/31/17 | Payment Rec'd  7863 |  | 655.00 | 375.38 |
| 06/01/17 | ASSESSMENT | 655.00 |  | 1,030.38 |
| 06/01/17 | Reserve Asmnt | 195.83 |  | 1,226.21 |
| 06/19/17 | Late Fees | 25.00 |  | 1,251.21 |
| 07/01/17 | ASSESSMENT | 655.00 |  | 1,906.21 |
| 07/17/17 | Late Fees | 25.00 |  | 1,931.21 |
| 07/19/17 | Late Fees | 25.00 |  | 1,956.21 |
| 07/31/17 | 2nd Notice |  |  |  |
| 08/01/17 | ASSESSMENT | 655.00 |  | 2,611.21 |
| 08/02/17 | Payment Rec'd  7872 |  | 628.18 | 1,983.03 |
| 08/21/17 | Payment Rec'd  7882 |  | 1,336.82 | 646.21 |
| 08/23/17 | Late Fees | 25.00 |  | 671.21 |
| 09/01/17 | ASSESSMENT | 655.00 |  | 1,326.21 |
| 09/07/17 | Interest | 54.25 |  | 1,380.46 |
| 09/07/17 | Adjust Prior Payoff Ledger Per AB |  |  |  |
| 09/07/17 | Interest | 56.03 |  | 1,436.49 |

New Balance -  See next page

Make Checks Payable to: **Villa Marina Association**

Regenerated 12-11-2018

**Villa Marina Association**
Villa Marina Association
PO Box 52979
Phoenix AZ  85072-2979
206-388-0180

## Statement of Account - 10/31/18

Re: 17408 NE 45th Street # 173

John Jake Collins
5021 190th Place NE
Sammamish WA  98074

Account # :       62-173
Lot # :           173
Bill Period:      Owner History Ledger
Payment Due:      10/31/18

**Amount Due:**    1,024.80

| Date | Description | Charges | Credits | Balance |
|---|---|---|---|---|
|  | Balance From Previous Page |  |  | 1,436.49 |
| 09/07/17 | Through 08/31 |  |  |  |
| 09/07/17 | Late Fees | 25.00 |  | 1,461.49 |
| 09/07/17 | 7/2017 |  |  |  |
| 09/11/17 | Payment Rec'd  7885 |  | 655.00 | 806.49 |
| 09/14/17 | Interest |  | 54.25 | 752.24 |
| 09/14/17 | Reverse Transaction 09/07 |  |  |  |
| 09/14/17 | Late Fees |  | 25.00 | 727.24 |
| 09/14/17 | Reverse Transaction 09/07 |  |  |  |
| 09/14/17 | Late Fees |  | 25.00 | 702.24 |
| 09/14/17 | Interest |  | 54.25 | 647.99 |
| 09/14/17 | Adjustment Prior Payoff Ledger |  |  |  |
| 09/14/17 | Late Fee Credit 7/2017 Error |  |  |  |
| 09/19/17 | Late Fees | 25.00 |  | 672.99 |
| 09/19/17 | Interest | 8.28 |  | 681.27 |
| 09/19/17 | Through 09/16/17 |  |  |  |
| 09/19/17 | 2nd Notice |  |  |  |
| 09/29/17 | Payment Rec'd  7899 |  | 655.00 | 26.27 |
| 10/01/17 | ASSESSMENT | 655.00 |  | 681.27 |
| 10/18/17 | Late Fees | 25.00 |  | 706.27 |
|  | New Balance  -   See next page |  |  |  |

Make Checks Payable to: **Villa Marina Association**

Regenerated 12-11-2018

Page: 6

**Villa Marina Association**
Villa Marina Association
PO Box 52979
Phoenix AZ  85072-2979
206-388-0180

## Statement of Account - 10/31/18

Re: 17408 NE 45th Street # 173

John Jake Collins
5021 190th Place NE
Sammamish WA  98074

Account # :      62-173
Lot # :          173
Bill Period:     Owner History Ledger
Payment Due:     10/31/18

**Amount Due:     1,024.80**

| Date | Description | Charges | Credits | Balance |
|---|---|---|---|---|
|  | Balance From Previous Page |  |  | 706.27 |
| 10/23/17 | Payment Rec'd  7903 |  | 655.00 | 51.27 |
| 10/30/17 | Payment Rec'd  7906 |  | 655.00 | 603.73CR |
| 11/01/17 | ASSESSMENT | 655.00 |  | 51.27 |
| 11/17/17 | Payment Rec'd  7907 |  | 655.00 | 603.73CR |
| 11/20/17 | Late Fees | 25.00 |  | 578.73CR |
| 11/21/17 | Interest | 7.20 |  | 571.53CR |
| 11/21/17 | Though 10/23/17 |  |  |  |
| 12/01/17 | ASSESSMENT | 655.00 |  | 83.47 |
| 12/12/17 | Payment Rec'd  7917 |  | 655.00 | 571.53CR |
| 01/01/18 | ASSESSMENT | 655.00 |  | 83.47 |
| 01/17/18 | Payment Rec'd  7920 |  | 655.00 | 571.53CR |
| 01/22/18 | Late Fees | 25.00 |  | 546.53CR |
| 02/01/18 | ASSESSMENT | 655.00 |  | 108.47 |
| 02/20/18 | Interest | 0.33 |  | 108.80 |
| 02/20/18 | Interest thru 2/16/18 |  |  |  |
| 02/20/18 | Payment Rec'd  7930 |  | 655.00 | 546.20CR |
| 02/16/18 | Late Fees | 25.00 |  | 521.20CR |
| 03/01/18 | ASSESSMENT | 655.00 |  | 133.80 |
| 03/16/18 | Late Fees | 25.00 |  | 158.80 |

New Balance  -   See next page

Make Checks Payable to: **Villa Marina Association**

Regenerated 12-11-2018

**Villa Marina Association**
Villa Marina Association
PO Box 52979
Phoenix AZ 85072-2979
206-388-0180

## Statement of Account - 10/31/18

Re: 17408 NE 45th Street # 173

John Jake Collins
5021 190th Place NE
Sammamish WA 98074

Account # :   62-173
Lot # :   173
Bill Period:   Owner History Ledger
Payment Due:   10/31/18

Amount Due:   1,024.80

| Date | Description | Charges | Credits | Balance |
|---|---|---|---|---|
|  | Balance From Previous Page |  |  | 158.80 |
| 03/16/18 | Payment Rec'd  7932 |  | 655.00 | 496.20CR |
| 04/01/18 | ASSESSMENT | 698.00 |  | 201.80 |
| 04/16/18 | Payment Rec'd  7940 |  | 698.00 | 496.20CR |
| 05/01/18 | ASSESSMENT | 698.00 |  | 201.80 |
| 05/16/18 | Payment Rec'd  7942 |  | 698.00 | 496.20CR |
| 06/01/18 | ASSESSMENT | 698.00 |  | 201.80 |
| 06/15/18 | Late Fees | 25.00 |  | 226.80 |
| 06/18/18 | Payment Rec'd  7946 |  | 698.00 | 471.20CR |
| 07/01/18 | ASSESSMENT | 698.00 |  | 226.80 |
| 07/16/18 | Late Fees | 25.00 |  | 251.80 |
| 07/18/18 | Payment Rec'd  7953 |  | 698.00 | 446.20CR |
| 08/01/18 | ASSESSMENT | 698.00 |  | 251.80 |
| 08/15/18 | Late Fees | 25.00 |  | 276.80 |
| 08/17/18 | Payment Rec'd  7955 |  | 698.00 | 421.20CR |
| 09/01/18 | ASSESSMENT | 698.00 |  | 276.80 |
| 09/17/18 | Late Fees | 25.00 |  | 301.80 |
| 10/01/18 | ASSESSMENT | 698.00 |  | 999.80 |
| 10/15/18 | Late Fees | 25.00 |  | 1,024.80 |
| New Balance -  Please Pay This Amount |  |  |  | 1,024.80 |

Make Checks Payable to: **Villa Marina Association**

Regenerated 12-11-2018