IN THE UNITED DISTRICT COURTS
IN THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JOHN E. COLLINS, JR., an individual,<br><br>Plaintiff,<br>v.<br><br>NOVA ASSOCIATION MANAGEMENT PARTNERS, LLC, a Washington limited liability company, SOUND LEGAL PARTNERS, LLC, a Washington limited liability company, and RACHEL RAPP BURKEMPER, an individual,<br><br>Defendants. | CASE: 2:20-CV-01206- JCC<br><br>EXHIBIT 2 TO AMENDED COMPLAINT |

# EXHIBIT 2

# COMPOSITE
# NOVA'S DUNNING LETTERS &
# OUTSTANDING CHARGES

1

HA THU DAO
ATTORNEY AT LAW
10728-16th Ave SW
Seattle, WA 98146
727.269.9334
hadaojd@gmail.com



**PINNACLE**

Villa Marina Association of Apartment Owners
11235 SE 6th Street, Suite 200
Bellevue, WA 98004

FEB ✓
MAR ✓
APR ✓
MAY ✓
JUN ✓
JUL ✓
AUG ✓

February 19, 2019

John Collins
5021 190th Place NE
Sammamish, WA  98074

### Delinquent Assessment – Second Reminder

Re:    Property: 17408 NE 45th Street # 173
       Account #: 43077
       BUR: VM-1094-0173-01

Dear John Collins:

Our records indicate that as of the date of this letter, your account remains past due despite being previously notified of this situation by our office.

The timely payment of your monthly assessment is necessary for the Villa Marina Association of Apartment Owners to have the resources it requires to maintain your community. We are confident that you will take this opportunity to bring your account current before additional action must be taken. This action may include:

- Referral of your account to a collections attorney for additional action. All collection action charges will be assessed to your account. There is no cap on the amount of legal fees that may be levied against your home.
- Acceleration of future amounts owing or the association may require the owner to pay a deposit against future assessment amounts.

**You have until the close of business 14 days from the date of this letter to bring your account current.** For your reference, we have enclosed your account statement that details your previous balance, assessment charges, payments and any late fees assessed. If you feel this balance is in error, please contact our office immediately.

**Assessment Payment Options:**
- **Payments made by check:** Please mail your payment with the coupon on the attached page to the address printed on the coupon.
- **Online Credit Card/E-Check Payment:** If you would like to make an online credit card or e-check payment you may do so at: association@pinnacleliving.com
  Once you have reached the site please log-in, if this is your first visit to the new web portal you will need to create an account by using the *Initial Registration* link, your account number is (**43077**). You may also need: **Mgmt ID: 5531, Assoc. ID: 1094**.
  *A small processing fee applies for credit card payments, there is no charge for e-check payments; please see the website for more information.*

Thank you for your prompt attention to this matter. We sincerely hope there will be no need to initiate additional action. But to be fair and to protect the interests of all of your neighbors, we may be left with no additional options. If you are currently experiencing a personal hardship that is preventing you from meeting your obligation to your owners association, please contact our office in writing regarding your situation.

Pinnacle - Association Division
206-215-9732 or associationacctng@pinnacleliving.com

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU DO NOT DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, WE WILL ASSUME IT IS VALID. IF YOU DISPUTE THE VALIDITY OF THIS DEBT OR REQUEST VERIFICATION OF THIS DEBT, SUCH COMMUNICATION MUST BE MADE IN WRITING WITHIN TEN (10) DAYS AFTER RECEIVING THIS LETTER.



# PINNACLE

Villa Marina Association of Apartment Owners
11235 SE 6th Street, Suite 200
Bellevue, WA 98004

John Collins
5021 190th Place NE
Sammamish, WA 98074

February 19, 2019

Re:   **Villa Marina Association of Apartment Owners**
Property: 17408 NE 45th Street # 173
Account #: 43077
BUR: VM-1094-0173-01

## Outstanding Charges As Of February 19, 2019

| Type | Date | CC | Description | Check No | Amount | Balance |
|---|---|---|---|---|---|---|
|  | 11/18/2018 |  | Beginning Balance |  |  | 1,754.78 |
| Cr | 11/20/2018 | IN | CREDIT |  | -6.98 | 1,747.80 |
| Cr | 11/20/2018 | LF | CREDIT |  | -25.00 | 1,722.80 |
| Chg | 12/01/2018 | AM | Monthly Assessment |  | 698.00 | 2,420.80 |
| Chg | 01/01/2019 | AM | Monthly Assessment |  | 698.00 | 3,118.80 |
| Chg | 01/16/2019 | LF | Late Fee |  | 25.00 | 3,143.80 |
| Chg | 01/16/2019 | IN | Interest |  | 30.69 | 3,174.49 |
| Chg | 02/01/2019 | AM | Monthly Assessment |  | 698.00 | 3,872.49 |
| Chg | 02/18/2019 | LF | Late Fee |  | 25.00 | 3,897.49 |
| Chg | 02/18/2019 | IN | Interest |  | 37.97 | 3,935.46 |
|  | 02/19/2019 |  | Resident Balance |  |  | 3,935.46 |

Balance Due: $3,935.46

---

CUT ON LINE TO DETACH COUPON AND RETURN WITH YOUR PAYMENT

**Make Checks Payable To:**

Villa Marina Association of Apartment Owners

**BUR: VM-1094-0173-01**

John Collins
5021 190th Place NE
Sammamish, WA 98074

Property:   17408 NE 45th Street # 173
Account:   43077
Total Due: $3,935.46

**Send Remittance To:**

Villa Marina Association of Apartment Owners
c/o Pinnacle
P.O. Box 65795
Phoenix, AZ 85082-5795

5531 001094 0000000000043077 COLLINS00000 069800 0



Villa Marina Association of Apartment Owners
11235 SE 6th Street, Suite 200
Bellevue, WA 98004

March 1, 2019

John Collins
5021 190th Place NE
Sammamish, WA 98074

## Villa Marina Payment and Late Fee Update

Re:   Property: 17408 NE 45th Street # 173
      Account #: 43077
      BUR: VM-1094-0173-01

Dear John Collins:

The Villa Marina Board of Directors and your management team at Pinnacle would like to acknowledge that the management transition has not been as smooth as everyone involved had hoped it would be, and there have been some challenges that many of you may have encountered over the past few months. Changing management companies is a very large undertaking, and it is not unusual for it to take some time to establish correct ledgers and account balances, and for the new management staff to become familiar with all of the details of the property to be able to respond back to owners' questions and requests quickly. We sincerely apologize for any inconvenience you've encountered during this transition, and Pinnacle is working very closely with the Board to update the Association's records so information can be located quickly and we can improve response times.

One of the most difficult adjustments that the community faces during a change of management is transitioning monthly assessment payments to the new management company, and it is clear that this has been very challenging for the Villa Marina community. As a result, many owners have been charged late fees in accordance with the existing collection policy. However, after reviewing the number of affected owner accounts and past due balances, the Board has decided that **late fees and interest for November, December, January, and February monthly assessments will be waived as long as the owner's account is current as of March 15th, 2019.** Your statement has been included with this letter to inform you of any balance due on your account. If you do have a balance due, it must be paid by March 15th in order to qualify for waived late fees.

If you have not done so already, please check your form of payment to confirm that you are sending your monthly assessment payments to Pinnacle via one of the payment options below. **Please note, if you are mailing your checks to Pinnacle, you should not be including the payment coupon that was provided to you last spring by the Copeland Group.** If a Copeland coupon is included with your check, your payment will be re-directed to Copeland and may not get forwarded back to Pinnacle for quite some time. We do eventually receive those checks so they can be deposited correctly and applied to your account, but they can take weeks to reach us. If you know that you have mailed a check with the old coupon included, please contact our office so we can make a note on your account, and can watch for those payments to come in at some point in the future. Please do not stop payment on any checks you have already mailed, as this may result in an NSF Fee on your account if we try to process the check later.

**Monthly Assessment Payment Options:**

- **Automatic Withdrawal:** If you would like to sign up for automatic withdrawal payments please complete the enclosed form and return it to our office.

    PLEASE NOTE – if you had automatic withdrawal set up with Copeland Group, it did not transfer to Pinnacle, so you must submit the new form to set up those payments again.

    Automatic Withdrawal forms received by our accounting department will become active on the first of the following month. For example, if you submit this form in March, your first payment will be withdrawn in April. So you will still need to submit a payment via check or one of the online options to pay your March assessment.

- **Online Credit Card/E-Check Payment:** If you would like to make an online credit card or e-check payment you may do so at: www.association.pinnaclerealty.com. Here is the account information that you will need to be able to set up those payments:

    Account Number:     43077
    Association ID:     1094
    Management ID:      5531

    Online Payments can take up to 5 business days to clear through both your bank account and the Association's account, so we recommend making these payments at least one week prior to the due date to ensure that they will be received on time.

- **Payments made by mailed check or Online Banking / Bill Payment Service:** If you mail your checks or use your bank's online bill payment service, please verify that the payments are being sent to this address:

    - **Payee:**                Villa Marina Condominiums
    - **Remittance Address:**   c/o Pinnacle
                                PO Box 65795
                                Phoenix, AZ 85082-5795
    - **Account Number:**       43077

    Mailed payments may take a few days to be received and processed at our payment lockbox address, so we recommend mailing your check at least one week prior to the due date to ensure that it will be received and processed on time. Winter weather in some areas of the country can also cause further mailing delays during this time of year, so you may want to consider mailing two weeks ahead of the due date as a precaution.

**Homeowner Portal:**

Please register for your community's online portal where you can find information about your community, review your account ledger, make payments for your assessments, submit ACC requests and update your contact information.

   IMPORTANT: Please take a few minutes to create your account and update your contact information including mailing address, phone numbers, email addresses, vehicle information and pets. It is important that we have current contact information for you, if for some reason you are unable to complete this process online please contact our office and we will help you with updating this information.

To access the portal please visit www.association.pinnaclerealty.com and select "Initial Registration" on the Log-in page, you will need your account number, which Pinnacle can provide by phone or email. *Please make sure to register online as soon as possible in order to receive community updates during this transition.*

We are committed to providing the best possible management services for the Villa Marina community, and are happy help address any questions or concerns at any time.

Sincerely,

Pinnacle - Association Division
On behalf of the Villa Marina Association of Apartment Owners
206-215-9732
Association@PinnacleLiving.com

# PINNACLE

Villa Marina Association of Apartment Owners
11235 SE 6th Street, Suite 200
Bellevue, WA 98004

John Collins
5021 190th Place NE
Sammamish, WA 98074

March 1, 2019

Re: **Villa Marina Association of Apartment Owners**
Property: 17408 NE 45th Street # 173
Account #: 43077
BUR: VM-1094-0173-01

## Outstanding Charges As Of March 1, 2019

| Type | Date | CC | Description | Check No | Amount | Balance |
|---|---|---|---|---|---|---|
|  | 11/30/2018 |  | Beginning Balance |  |  | 1,722.80 |
| Chg | 12/01/2018 | AM | Monthly Assessment |  | 698.00 | 2,420.80 |
| Chg | 01/01/2019 | AM | Monthly Assessment |  | 698.00 | 3,118.80 |
| Chg | 01/16/2019 | IN | Interest |  | 30.69 | 3,149.49 |
| Chg | 01/16/2019 | LF | Late Fee |  | 25.00 | 3,174.49 |
| Chg | 02/01/2019 | AM | Monthly Assessment |  | 698.00 | 3,872.49 |
| Chg | 02/18/2019 | IN | Interest |  | 37.97 | 3,910.46 |
| Chg | 02/18/2019 | LF | Late Fee |  | 25.00 | 3,935.46 |
| Cr | 02/26/2019 | IN | Waive 1.19-2.19 LF/I |  | -30.69 | 3,904.77 |
| Cr | 02/26/2019 | LF | Waive 1.19-2.19 LF/I |  | -25.00 | 3,879.77 |
| Cr | 02/26/2019 | IN | Waive 1.19-2.19 LF/I |  | -37.97 | 3,841.80 |
| Cr | 02/26/2019 | LF | Waive 1.19-2.19 LF/I |  | -25.00 | 3,816.80 |
| Pay | 02/27/2019 |  | Personal | 007962 | -698.00 | 3,118.80 |
| Chg | 03/01/2019 | AM | Monthly Assessment |  | 698.00 | 3,816.80 |
|  | 03/01/2019 |  | Resident Balance |  |  | 3,816.80 |

Balance Due: $3,816.80

---

✂ CUT ON LINE TO DETACH COUPON AND RETURN WITH YOUR PAYMENT

**Make Checks Payable To:**

Villa Marina Association of Apartment Owners

**BUR: VM-1094-0173-01**

John Collins
5021 190th Place NE
Sammamish, WA 98074

Property: 17408 NE 45th Street # 173
Account: 43077
Total Due: $3,816.80

**Send Remittance To:**

Villa Marina Association of Apartment Owners
c/o Pinnacle
P.O. Box 65795
Phoenix, AZ 85082-5795

5531 001094 000000000043077 COLLINS00000 069800 0



Villa Marina Association of Apartment Owners
11235 SE 6th Street, Suite 200
Bellevue, WA 98004

March 21, 2019

John Collins
5021 190th Place NE
Sammamish, WA 98074

## Delinquent Assessment – Final Notice

Re:   Property: 17408 NE 45th Street # 173
      Account #: 43077
      BUR: VM-1094-0173-01

Dear John Collins:

Despite being contacted on several occasions by our office, as of the date of this letter, your account remains seriously past due.

**You have until the close of business 10 days from the date of this letter to bring your account current. If full payment of the amount owing is not received, your association will have no other alternative but to forward your account to an attorney to assist with the collection of this debt.**

Please be aware that if an attorney becomes involved in the collection of this debt you will be responsible to pay for all legal fees incurred by the association. Should your account continue to remain past due, your association may begin foreclosure proceedings and you could lose your home.

For your reference, we have enclosed your account statement that details your previous balance, assessment charges, payments and late fees. If you feel this balance is in error, please contact our office immediately. If you have made a payment that is not reflected please forward a copy of the front and back of your cancelled check and we will credit your account accordingly.

**Assessment Payment Options:**
- **Payments made by check:** Please mail your payment with the coupon on the attached page to the address printed on the coupon.
- **Online Credit Card/E-Check Payment:** If you would like to make an online credit card or e-check payment you may do so at:   association@pinnacleliving.com
  Once you have reached the site please log-in, if this is your first visit to the new web portal you will need to create an account by using the *Initial Registration* link, your account number is (**43077**). You may also need: **Mgmt ID: 5531, Assoc. ID: 1094**.
  *A small processing fee applies for credit card payments, there is no charge for e-check payments; please see the website for more information.*

We appreciate your prompt attention to this matter. While we sincerely regret the need to initiate this action, to be fair and to protect the interests of all of your neighbors, we are left with no additional options. Should you have any questions, please contact our office in writing using the contact information provided below.

Pinnacle - Association Division
206-215-9732
associationacctng@pinnacleliving.com

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU DO NOT DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, WE WILL ASSUME IT IS VALID. IF YOU DISPUTE THE VALIDITY OF THIS DEBT OR REQUEST VERIFICATION OF THIS DEBT, SUCH COMMUNICATION MUST BE MADE IN WRITING WITHIN (10) DAYS AFTER RECEIVING THIS LETTER.



PINNACLE

Villa Marina Association of Apartment Owners
11235 SE 6th Street, Suite 200
Bellevue, WA 98004

John Collins
5021 190th Place NE
Sammamish, WA 98074

March 21, 2019

Re: **Villa Marina Association of Apartment Owners**
Property: 17408 NE 45th Street # 173
Account #: 43077
BUR: VM-1094-0173-01

## Outstanding Charges As Of March 21, 2019

| Type | Date | CC | Description | Check No | Amount | Balance |
|------|------|----|-------------|----------|--------|---------|
|      | 11/20/2018 |    | Beginning Balance |          |        | 1,722.80 |
| Chg  | 12/01/2018 | AM | Monthly Assessment |        | 698.00 | 2,420.80 |
| Chg  | 01/01/2019 | AM | Monthly Assessment |        | 698.00 | 3,118.80 |
| Chg  | 01/16/2019 | IN | Interest |                 | 30.69  | 3,149.49 |
| Chg  | 01/16/2019 | LF | Late Fee |                 | 25.00  | 3,174.49 |
| Chg  | 02/01/2019 | AM | Monthly Assessment |        | 698.00 | 3,872.49 |
| Chg  | 02/18/2019 | IN | Interest |                 | 37.97  | 3,910.46 |
| Chg  | 02/18/2019 | LF | Late Fee |                 | 25.00  | 3,935.46 |
| Cr   | 02/26/2019 | IN | Waive 1.19-2.19 LF/I |      | -30.69 | 3,904.77 |
| Cr   | 02/26/2019 | LF | Waive 1.19-2.19 LF/I |      | -25.00 | 3,879.77 |
| Cr   | 02/26/2019 | IN | Waive 1.19-2.19 LF/I |      | -37.97 | 3,841.80 |
| Cr   | 02/26/2019 | LF | Waive 1.19-2.19 LF/I |      | -25.00 | 3,816.80 |
| Pay  | 02/27/2019 |    | Personal | 007962 | -698.00 | 3,118.80 |
| Chg  | 03/01/2019 | AM | Monthly Assessment |        | 698.00 | 3,816.80 |
| Pay  | 03/07/2019 |    | PAYMENT | 007973 | -723.00 | 3,093.80 |
| Pay  | 03/07/2019 |    | PAYMENT | 007974 | -723.00 | 2,370.80 |
| Chg  | 03/18/2019 | IN | Interest |                 | 23.71  | 2,394.51 |
| Chg  | 03/18/2019 | LF | Late Fee |                 | 25.00  | 2,419.51 |
|      | 03/21/2019 |    | Resident Balance |          |        | 2,419.51 |

Balance Due: $2,419.51

✂ **CUT ON LINE TO DETACH COUPON AND RETURN WITH YOUR PAYMENT**

**Make Checks Payable To:**

Villa Marina Association of Apartment Owners

**Property:** 17408 NE 45th Street # 173
**Account:** 43077
**Total Due:** $2,419.51

**BUR: VM-1094-0173-01**

John Collins
5021 190th Place NE
Sammamish, WA 98074

**Send Remittance To:**

Villa Marina Association of Apartment Owners
c/o Pinnacle
P.O. Box 65795
Phoenix, AZ 85082-5795

5531 001094 0000000000043077 COLLINS00000 069800 0



Villa Marina Association of Apartment Owners
11235 SE 6th Street, Suite 200
Bellevue, WA 98004

April 17, 2019

John Collins
5021 190th Place NE
Sammamish, WA 98074

### Delinquent Assessment – ACCOUNT UNDER LEGAL REVIEW

Re: Property: 17408 NE 45th Street # 173
Account #: 43077
BUR: VM-1094-0173-01

Dear John Collins:

Please be advised that your account is currently under review by your board of directors with the intent that it will be forwarded to the association's collections attorney. Despite being contacted on several occasions by our office, as of the date of this letter, your account remains seriously in arrears.

**Be advised that the Board of Directors for Villa Marina Association of Apartment Owners will be contacting a collections attorney to aggressively pursue the collection of your account. To avoid this action please submit a payment to bring your account current or contact us immediately to set up a payment plan.**

Please be aware that once an attorney becomes involved in the collection of this debt you will be responsible to pay for all legal fees incurred by the association. These fees will start at a minimum of $300 and will include all costs for lien related instruments imposed by the government. Should your account continue to remain past due, your association may begin foreclosure proceedings and you could lose your home.

For your reference, we have enclosed your account statement that details your previous balance, assessment charges, payments and late fees. If you feel this balance is in error, please contact our office immediately. If you have made a payment that is not reflected please forward a copy of the front and back of your cancelled check and we will credit your account accordingly.

**Assessment Payment Options:**
- **Payments made by check:** Please mail your payment with the coupon on the attached page to the address printed on the coupon.
- **Online Credit Card/E-Check Payment:** If you would like to make an online credit card or e-check payment you may do so at: association@pinnacleliving.com
Once you have reached the site please log-in, if this is your first visit to the new web portal you will need to create an account by using the *Initial Registration* link, your account number is **(43077)**. You may also need: **Mgmt ID: 5531, Assoc. ID: 1094**.
*A small processing fee applies for credit card payments, there is no charge for e-check payments; please see the website for more information.*

We appreciate your prompt attention to this matter. While we sincerely regret the need to initiate this action, to be fair and to protect the interests of all of your neighbors, we are left with no additional options. Should you have any questions, please contact our office in writing using the contact information provided below.

Pinnacle - Association Division
206-215-9732 or associationacctng@pinnacleliving.com

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU DO NOT DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, WE WILL ASSUME IT IS VALID. IF YOU DISPUTE THE VALIDITY OF THIS DEBT OR REQUEST VERIFICATION OF THIS DEBT, SUCH COMMUNICATION MUST BE MADE IN WRITING WITHIN (10) DAYS AFTER RECEIVING THIS LETTER.



Villa Marina Association of Apartment Owners
11235 SE 6th Street, Suite 200
Bellevue, WA 98004

John Collins
5021 190th Place NE
Sammamish, WA 98074

April 17, 2019

Re:   **Villa Marina Association of Apartment Owners**
      Property: 17408 NE 45th Street # 173
      Account #: 43077
      BUR: VM-1094-0173-01

## Outstanding Charges as of April 17, 2019

| Type | Date | CC | Description | Check No | Amount | Balance |
|---|---|---|---|---|---|---|
|  | 11/16/2018 |  | Beginning Balance |  |  | 1,754.78 |
| Cr | 11/20/2018 | IN | CREDIT |  | -6.98 | 1,747.80 |
| Cr | 11/20/2018 | LF | CREDIT |  | -25.00 | 1,722.80 |
| Chg | 12/01/2018 | AM | Monthly Assessment |  | 698.00 | 2,420.80 |
| Chg | 01/01/2019 | AM | Monthly Assessment |  | 698.00 | 3,118.80 |
| Chg | 01/16/2019 | IN | Interest |  | 30.69 | 3,149.49 |
| Chg | 01/16/2019 | LF | Late Fee |  | 25.00 | 3,174.49 |
| Chg | 02/01/2019 | AM | Monthly Assessment |  | 698.00 | 3,872.49 |
| Chg | 02/18/2019 | IN | Interest |  | 37.97 | 3,910.46 |
| Chg | 02/18/2019 | LF | Late Fee |  | 25.00 | 3,935.46 |
| Cr | 02/26/2019 | IN | Waive 1.19-2.19 LF/I |  | -30.69 | 3,904.77 |
| Cr | 02/26/2019 | LF | Waive 1.19-2.19 LF/I |  | -25.00 | 3,879.77 |
| Cr | 02/26/2019 | IN | Waive 1.19-2.19 LF/I |  | -37.97 | 3,841.80 |
| Cr | 02/26/2019 | LF | Waive 1.19-2.19 LF/I |  | -25.00 | 3,816.80 |
| Pay | 02/27/2019 |  | Personal | 007962 | -698.00 | 3,118.80 |
| Chg | 03/01/2019 | AM | Monthly Assessment |  | 698.00 | 3,816.80 |
| Pay | 03/07/2019 |  | PAYMENT | 007973 | -723.00 | 3,093.80 |
| Pay | 03/07/2019 |  | PAYMENT | 007974 | -723.00 | 2,370.80 |
| Chg | 03/18/2019 | IN | Interest |  | 23.71 | 2,394.51 |
| Chg | 03/18/2019 | LF | Late Fee |  | 25.00 | 2,419.51 |
| Chg | 04/01/2019 | AM | Monthly Assessment |  | 810.56 | 3,230.07 |
| Chg | 04/16/2019 | LF | Late Fee |  | 25.00 | 3,255.07 |

✂ CUT ON LINE TO DETACH COUPON AND RETURN WITH YOUR PAYMENT

**Make Checks Payable To:**

Villa Marina Association of Apartment Owners

Property:   17408 NE 45th Street # 173
Account:    43077
Total Due:  $3,287.12

BUR: VM-1094-0173-01

John Collins
5021 190th Place NE
Sammamish, WA 98074

**Send Remittance To:**

Villa Marina Association of Apartment Owners
c/o Pinnacle
P.O. Box 65795
Phoenix, AZ 85082-5795

5531 001094 0000000000043077 COLLINS00000 081056 6



# PINNACLE

Villa Marina Association of Apartment Owners
11235 SE 6th Street, Suite 200
Bellevue, WA 98004

May 17, 2019

John Collins
5021 190th Place NE
Sammamish, WA 98074

**Delinquent Assessment – ACCOUNT UNDER LEGAL REVIEW**

Re:   Property: 17408 NE 45th Street # 173
      Account #: 43077
      BUR: VM-1094-0173-01

Dear John Collins:

Please be advised that your account is currently under review by your board of directors with the intent that it will be forwarded to the association's collections attorney. Despite being contacted on several occasions by our office, as of the date of this letter, your account remains seriously in arrears.

**Be advised that the Board of Directors for Villa Marina Association of Apartment Owners will be contacting a collections attorney to aggressively pursue the collection of your account. To avoid this action please submit a payment to bring your account current or contact us immediately to set up a payment plan.**

Please be aware that once an attorney becomes involved in the collection of this debt you will be responsible to pay for all legal fees incurred by the association. These fees will start at a minimum of $300 and will include all costs for lien related instruments imposed by the government. Should your account continue to remain past due, your association may begin foreclosure proceedings and you could lose your home.

For your reference, we have enclosed your account statement that details your previous balance, assessment charges, payments and late fees. If you feel this balance is in error, please contact our office immediately. If you have made a payment that is not reflected please forward a copy of the front and back of your cancelled check and we will credit your account accordingly.

**Assessment Payment Options:**
- **Payments made by check:** Please mail your payment with the coupon on the attached page to the address printed on the coupon.
- **Online Credit Card/E-Check Payment:** If you would like to make an online credit card or e-check payment you may do so at: association@pinnacleliving.com
  Once you have reached the site please log-in, if this is your first visit to the new web portal you will need to create an account by using the *Initial Registration* link, your account number is (**43077**). You may also need: **Mgmt ID: 5531, Assoc. ID: 1094**.
  *A small processing fee applies for credit card payments, there is no charge for e-check payments; please see the website for more information.*

We appreciate your prompt attention to this matter. While we sincerely regret the need to initiate this action, to be fair and to protect the interests of all of your neighbors, we are left with no additional options. Should you have any questions, please contact our office in writing using the contact information provided below.

Pinnacle - Association Division
206-215-9732 or associationacctng@pinnacleliving.com

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU DO NOT DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, WE WILL ASSUME IT IS VALID. IF YOU DISPUTE THE VALIDITY OF THIS DEBT OR REQUEST VERIFICATION OF THIS DEBT, SUCH COMMUNICATION MUST BE MADE IN WRITING WITHIN (10) DAYS AFTER RECEIVING THIS LETTER.



Villa Marina Association of Apartment Owners
11235 SE 6th Street, Suite 200
Bellevue, WA 98004

John Collins
5021 190th Place NE
Sammamish, WA 98074

May 17, 2019

Re: **Villa Marina Association of Apartment Owners**
Property: 17408 NE 45th Street # 173
Account #: 43077
BUR: VM-1094-0173-01

## Outstanding Charges as of May 17, 2019

| Type | Date | CC | Description | Check No | Amount | Balance |
|---|---|---|---|---|---|---|
|  | 12/16/2018 |  | Beginning Balance |  |  | 2,420.80 |
| Chg | 01/01/2019 | AM | Monthly Assessment |  | 698.00 | 3,118.80 |
| Chg | 01/16/2019 | IN | Interest |  | 30.69 | 3,149.49 |
| Chg | 01/16/2019 | LF | Late Fee |  | 25.00 | 3,174.49 |
| Chg | 02/01/2019 | AM | Monthly Assessment |  | 698.00 | 3,872.49 |
| Chg | 02/18/2019 | IN | Interest |  | 37.97 | 3,910.46 |
| Chg | 02/18/2019 | LF | Late Fee |  | 25.00 | 3,935.46 |
| Cr | 02/26/2019 | IN | Waive 1.19-2.19 LF/I |  | -30.69 | 3,904.77 |
| Cr | 02/26/2019 | LF | Waive 1.19-2.19 LF/I |  | -25.00 | 3,879.77 |
| Cr | 02/26/2019 | IN | Waive 1.19-2.19 LF/I |  | -37.97 | 3,841.80 |
| Cr | 02/26/2019 | LF | Waive 1.19-2.19 LF/I |  | -25.00 | 3,816.80 |
| Pay | 02/27/2019 |  | Personal | 007962 | -698.00 | 3,118.80 |
| Chg | 03/01/2019 | AM | Monthly Assessment |  | 698.00 | 3,816.80 |
| Pay | 03/07/2019 |  | PAYMENT | 007973 | -723.00 | 3,093.80 |
| Pay | 03/07/2019 |  | PAYMENT | 007974 | -723.00 | 2,370.80 |
| Chg | 03/18/2019 | IN | Interest |  | 23.71 | 2,394.51 |
| Chg | 03/18/2019 | LF | Late Fee |  | 25.00 | 2,419.51 |
| Chg | 04/01/2019 | AM | Monthly Assessment |  | 810.56 | 3,230.07 |
| Chg | 04/16/2019 | LF | Late Fee |  | 25.00 | 3,255.07 |
| Chg | 04/16/2019 | IN | Interest |  | 32.05 | 3,287.12 |
| Chg | 05/01/2019 | AM | Monthly Assessment |  | 810.56 | 4,097.68 |
| Pay | 05/01/2019 |  | PAYMENT | 007981 | -723.00 | 3,374.68 |

✂ CUT ON LINE TO DETACH COUPON AND RETURN WITH YOUR PAYMENT

**Make Checks Payable To:**

Villa Marina Association of Apartment Owners

Property: 17408 NE 45th Street # 173
Account: 43077
Total Due: $3,432.93

BUR: VM-1094-0173-01

John Collins
5021 190th Place NE
Sammamish, WA 98074

**Send Remittance To:**

Villa Marina Association of Apartment Owners
c/o Pinnacle
P.O. Box 65795
Phoenix, AZ 85082-5795

5531 001094 0000000000043077 COLLINS00000 081056 6



Villa Marina Association of Apartment Owners
11235 SE 6th Street, Suite 200
Bellevue, WA 98004

June 18, 2019

John Collins
5021 190th Place NE
Sammamish, WA 98074

### Delinquent Assessment – ACCOUNT UNDER LEGAL REVIEW

Re:   Property: 17408 NE 45th Street # 173
      Account #: 43077
      BUR: VM-1094-0173-01

Dear John Collins:

Please be advised that your account is currently under review by your board of directors with the intent that it will be forwarded to the association's collections attorney. Despite being contacted on several occasions by our office, as of the date of this letter, your account remains seriously in arrears.

**Be advised that the Board of Directors for Villa Marina Association of Apartment Owners will be contacting a collections attorney to aggressively pursue the collection of your account. To avoid this action please submit a payment to bring your account current or contact us immediately to set up a payment plan.**

Please be aware that once an attorney becomes involved in the collection of this debt you will be responsible to pay for all legal fees incurred by the association. These fees will start at a minimum of $300 and will include all costs for lien related instruments imposed by the government. Should your account continue to remain past due, your association may begin foreclosure proceedings and you could lose your home.

For your reference, we have enclosed your account statement that details your previous balance, assessment charges, payments and late fees. If you feel this balance is in error, please contact our office immediately. If you have made a payment that is not reflected please forward a copy of the front and back of your cancelled check and we will credit your account accordingly.

**Assessment Payment Options:**
- **Payments made by check:** Please mail your payment with the coupon on the attached page to the address printed on the coupon.
- **Online Credit Card/E-Check Payment:** If you would like to make an online credit card or e-check payment you may do so at: association@pinnacleliving.com
  Once you have reached the site please log-in, if this is your first visit to the new web portal you will need to create an account by using the *Initial Registration* link, your account number is **(43077)**. You may also need: **Mgmt ID: 5531, Assoc. ID: 1094**.
  *A small processing fee applies for credit card payments, there is no charge for e-check payments; please see the website for more information.*

We appreciate your prompt attention to this matter. While we sincerely regret the need to initiate this action, to be fair and to protect the interests of all of your neighbors, we are left with no additional options. Should you have any questions, please contact our office in writing using the contact information provided below.

Pinnacle - Association Division
206-215-9732 or associationacctng@pinnacleliving.com

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU DO NOT DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, WE WILL ASSUME IT IS VALID. IF YOU DISPUTE THE VALIDITY OF THIS DEBT OR REQUEST VERIFICATION OF THIS DEBT, SUCH COMMUNICATION MUST BE MADE IN WRITING WITHIN (30) DAYS AFTER RECEIVING THIS LETTER



# PINNACLE

Villa Marina Association of Apartment Owners
11235 SE 8th Street, Suite 200
Bellevue, WA 98004

John Collins
5021 190th Place NE
Sammamish, WA 98074

June 18, 2019

Re: **Villa Marina Association of Apartment Owners**
Property: 17408 NE 45th Street # 173
Account #: 43077
BUR: VM-1094-0173-01

## Outstanding Charges as of June 18, 2019

| Type | Date | CC | Description | Check No | Amount | Balance |
|---|---|---|---|---|---|---|
| | 01/17/2019 | | Beginning Balance | | | 3,174.49 |
| Chg | 02/01/2019 | AM | Monthly Assessment | | 698.00 | 3,872.49 |
| Chg | 02/18/2019 | IN | Interest | | 37.97 | 3,910.46 |
| Chg | 02/18/2019 | LF | Late Fee | | 25.00 | 3,935.46 |
| Cr | 02/26/2019 | IN | Waive 1.19-2.19 LF/I | | -30.69 | 3,904.77 |
| Cr | 02/26/2019 | LF | Waive 1.19-2.19 LF/I | | -25.00 | 3,879.77 |
| Cr | 02/26/2019 | IN | Waive 1.19-2.19 LF/I | | -37.97 | 3,841.80 |
| Cr | 02/26/2019 | LF | Waive 1.19-2.19 LF/I | | -25.00 | 3,816.80 |
| Pay | 02/27/2019 | | Personal | 007962 | -698.00 | 3,118.80 |
| Chg | 03/01/2019 | AM | Monthly Assessment | | 698.00 | 3,816.80 |
| Pay | 03/07/2019 | | PAYMENT | 007973 | -723.00 | 3,093.80 |
| Pay | 03/07/2019 | | PAYMENT | 007974 | -723.00 | 2,370.80 |
| Chg | 03/18/2019 | IN | Interest | | 23.71 | 2,394.51 |
| Chg | 03/18/2019 | LF | Late Fee | | 25.00 | 2,419.51 |
| Chg | 04/01/2019 | AM | Monthly Assessment | | 810.56 | 3,230.07 |
| Chg | 04/16/2019 | LF | Late Fee | | 25.00 | 3,255.07 |
| Chg | 04/16/2019 | IN | Interest | | 32.05 | 3,287.12 |
| Chg | 05/01/2019 | AM | Monthly Assessment | | 810.56 | 4,097.68 |
| Pay | 05/01/2019 | | PAYMENT | 007981 | -723.00 | 3,374.68 |
| Chg | 05/16/2019 | LF | Late Fee | | 25.00 | 3,399.68 |
| Chg | 05/16/2019 | IN | Interest | | 33.25 | 3,432.93 |
| Chg | 06/01/2019 | AM | Monthly Assessment | | 810.56 | 4,243.49 |

✂ CUT ON LINE TO DETACH COUPON AND RETURN WITH YOUR PAYMENT

**Make Checks Payable To:**

Villa Marina Association of Apartment Owners

Property: 17408 NE 45th Street # 173
Account: 43077
Total Due: $4,310.17

BUR: VM-1094-0173-01

John Collins
5021 190th Place NE
Sammamish, WA 98074

**Send Remittance To:**

Villa Marina Association of Apartment Owners
c/o Pinnacle
P.O. Box 65795
Phoenix, AZ 85082-5795

5531 001094 0000000000043077 COLLINS00000 081056 6



**PINNACLE**

Villa Marina Association of Apartment Owners
11235 SE 6th Street, Suite 200
Bellevue, WA 98004

July 16, 2019

John Collins
5021 190th Place NE
Sammamish, WA 98074

Delinquent Assessment – ACCOUNT UNDER LEGAL REVIEW

Re:  Property: 17408 NE 45th Street # 173
     Account #: 43077
     BUR: VM-1094-0173-01

Dear John Collins:

Please be advised that your account is currently under review by your board of directors with the intent that it will be forwarded to the association's collections attorney. Despite being contacted on several occasions by our office, as of the date of this letter, your account remains seriously in arrears.

**Be advised that the Board of Directors for Villa Marina Association of Apartment Owners will be contacting a collections attorney to aggressively pursue the collection of your account. To avoid this action please submit a payment to bring your account current or contact us immediately to set up a payment plan.**

Please be aware that once an attorney becomes involved in the collection of this debt you will be responsible to pay for all legal fees incurred by the association. These fees will start at a minimum of $300 and will include all costs for lien related instruments imposed by the government. Should your account continue to remain past due, your association may begin foreclosure proceedings and you could lose your home.

For your reference, we have enclosed your account statement that details your previous balance, assessment charges, payments and late fees. If you feel this balance is in error, please contact our office immediately. If you have made a payment that is not reflected please forward a copy of the front and back of your cancelled check and we will credit your account accordingly.

**Assessment Payment Options:**

- **Payments made by check:** Please mail your payment with the coupon on the attached page to the address printed on the coupon.
- **Online Credit Card/E-Check Payment:** If you would like to make an online credit card or e-check payment you may do so at: association@pinnacleliving.com
  Once you have reached the site please log-in, if this is your first visit to the new web portal you will need to create an account by using the *Initial Registration* link, your account number is **(43077)**. You may also need: **Mgmt ID: 5531, Assoc. ID: 1094**.
  *A small processing fee applies for credit card payments, there is no charge for e-check payments; please see the website for more information.*

We appreciate your prompt attention to this matter. While we sincerely regret the need to initiate this action, to be fair and to protect the interests of all of your neighbors, we are left with no additional options. Should you have any questions, please contact our office in writing using the contact information provided below.

Pinnacle – Association Division
206-215-9732 or associationacctng@pinnacleliving.com

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU DO NOT DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, WE WILL ASSUME IT IS VALID. IF YOU DISPUTE THE VALIDITY OF THIS DEBT OR REQUEST VERIFICATION OF THIS DEBT, SUCH COMMUNICATION MUST BE MADE IN WRITING WITHIN (30) DAYS AFTER RECEIVING THIS LETTER



**PINNACLE**

Villa Marina Association of Apartment Owners
11235 SE 6th Street, Suite 200
Bellevue, WA 98004

John Collins
5021 190th Place NE
Sammamish, WA 98074

July 16, 2019

Re: **Villa Marina Association of Apartment Owners**
Property: 17408 NE 45th Street # 173
Account #: 43077
BUR: VM-1094-0173-01

## Outstanding Charges as of July 16, 2019

| Type | Date | CC | Description | Check No | Amount | Balance |
|---|---|---|---|---|---|---|
|  | 02/15/2019 |  | Beginning Balance |  |  | 3,872.49 |
| Chg | 02/18/2019 | IN | Interest |  | 37.97 | 3,910.46 |
| Chg | 02/18/2019 | LF | Late Fee |  | 25.00 | 3,935.46 |
| Cr | 02/26/2019 | IN | Waive 1.19-2.19 LF/I |  | -30.69 | 3,904.77 |
| Cr | 02/26/2019 | LF | Waive 1.19-2.19 LF/I |  | -25.00 | 3,879.77 |
| Cr | 02/26/2019 | IN | Waive 1.19-2.19 LF/I |  | -37.97 | 3,841.80 |
| Cr | 02/26/2019 | LF | Waive 1.19-2.19 LF/I |  | -25.00 | 3,816.80 |
| Pay | 02/27/2019 |  | Personal | 007962 | -698.00 | 3,118.80 |
| Chg | 03/01/2019 | AM | Monthly Assessment |  | 698.00 | 3,816.80 |
| Pay | 03/07/2019 |  | PAYMENT | 007973 | -723.00 | 3,093.80 |
| Pay | 03/07/2019 |  | PAYMENT | 007974 | -723.00 | 2,370.80 |
| Chg | 03/18/2019 | IN | Interest |  | 23.71 | 2,394.51 |
| Chg | 03/18/2019 | LF | Late Fee |  | 25.00 | 2,419.51 |
| Chg | 04/01/2019 | AM | Monthly Assessment |  | 810.56 | 3,230.07 |
| Chg | 04/16/2019 | LF | Late Fee |  | 25.00 | 3,255.07 |
| Chg | 04/16/2019 | IN | Interest |  | 32.05 | 3,287.12 |
| Chg | 05/01/2019 | AM | Monthly Assessment |  | 810.56 | 4,097.68 |
| Pay | 05/01/2019 |  | PAYMENT | 007981 | -723.00 | 3,374.68 |
| Chg | 05/16/2019 | LF | Late Fee |  | 25.00 | 3,399.68 |
| Chg | 05/16/2019 | IN | Interest |  | 33.25 | 3,432.93 |
| Chg | 06/01/2019 | AM | Monthly Assessment |  | 810.56 | 4,243.49 |
| Chg | 06/17/2019 | LF | Late Fee |  | 25.00 | 4,268.49 |

✂ CUT ON LINE TO DETACH COUPON AND RETURN WITH YOUR PAYMENT

**Make Checks Payable To:**

Villa Marina Association of Apartment Owners

Property: 17408 NE 45th Street # 173
Account: 43077
Total Due: $3,735.48

BUR: VM-1094-0173-01

John Collins
5021 190th Place NE
Sammamish, WA 98074

**Send Remittance To:**

Villa Marina Association of Apartment Owners
c/o Pinnacle
P.O. Box 65795
Phoenix, AZ 85082-5795

5531 001094 00000000000043077 COLLINS00000 081056 6



Villa Marina Association of Apartment Owners
11235 SE 6th Street, Suite 200
Bellevue, WA 98004

August 19, 2019

John Collins
5021 190th Place NE
Sammamish, WA 98074

## Delinquent Assessment – ACCOUNT UNDER LEGAL REVIEW

Re:   Property: 17408 NE 45th Street # 173
      Account #: 43077
      BUR: VM-1094-0173-01

Dear John Collins:

Please be advised that your account is currently under review by your board of directors with the intent that it will be forwarded to the association's collections attorney. Despite being contacted on several occasions by our office, as of the date of this letter, your account remains seriously in arrears.

**Be advised that the Board of Directors for Villa Marina Association of Apartment Owners will be contacting a collections attorney to aggressively pursue the collection of your account. To avoid this action please submit a payment to bring your account current or contact us immediately to set up a payment plan.**

Please be aware that once an attorney becomes involved in the collection of this debt you will be responsible to pay for all legal fees incurred by the association. These fees will start at a minimum of $300 and will include all costs for lien related instruments imposed by the government. Should your account continue to remain past due, your association may begin foreclosure proceedings and you could lose your home.

For your reference, we have enclosed your account statement that details your previous balance, assessment charges, payments and late fees. If you feel this balance is in error, please contact our office immediately. If you have made a payment that is not reflected please forward a copy of the front and back of your cancelled check and we will credit your account accordingly.

**Assessment Payment Options:**
- **Payments made by check:** Please mail your payment with the coupon on the attached page to the address printed on the coupon.
- **Online Credit Card/E-Check Payment:** If you would like to make an online credit card or e-check payment you may do so at: www.novaamp.com
  Once you have reached the site please log-in, if this is your first visit to the new web portal you will need to create an account by using the *Initial Registration* link, your account number is **(43077)**. You may also need: **Mgmt ID: 5531, Assoc. ID: 1094**.
  *A small processing fee applies for credit card payments, there is no charge for e-check payments; please see the website for more information.*

We appreciate your prompt attention to this matter. While we sincerely regret the need to initiate this action, to be fair and to protect the interests of all of your neighbors, we are left with no additional options. Should you have any questions, please contact our office in writing using the contact information provided below.

Nova – Association Management Partners
206-215-9732 or accounting@novaamp.com

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU DO NOT DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, WE WILL ASSUME IT IS VALID. IF YOU DISPUTE THE VALIDITY OF THIS DEBT OR REQUEST VERIFICATION OF THIS DEBT, SUCH COMMUNICATION MUST BE MADE IN WRITING WITHIN (10) DAYS AFTER RECEIVING THIS LETTER.

# Nova

Villa Marina Association of Apartment Owners
11235 SE 6th Street, Suite 200
Bellevue, WA 98004

John Collins
5021 190th Place NE
Sammamish, WA 98074

August 19, 2019

Re: **Villa Marina Association of Apartment Owners**
Property: 17408 NE 45th Street # 173
Account #: 43077
BUR: VM-1094-0173-01

## Outstanding Charges as of August 19, 2019

| Type | Date | CC | Description | Check No | Amount | Balance |
|---|---|---|---|---|---|---|
|  | 03/18/2019 |  | Beginning Balance |  |  | 2,419.51 |
| Chg | 04/01/2019 | AM | Monthly Assessment |  | 810.56 | 3,230.07 |
| Chg | 04/16/2019 | LF | Late Fee |  | 25.00 | 3,255.07 |
| Chg | 04/16/2019 | IN | Interest |  | 32.05 | 3,287.12 |
| Chg | 05/01/2019 | AM | Monthly Assessment |  | 810.56 | 4,097.68 |
| Pay | 05/01/2019 |  | PAYMENT | 007981 | -723.00 | 3,374.68 |
| Chg | 05/16/2019 | LF | Late Fee |  | 25.00 | 3,399.68 |
| Chg | 05/16/2019 | IN | Interest |  | 33.25 | 3,432.93 |
| Chg | 06/01/2019 | AM | Monthly Assessment |  | 810.56 | 4,243.49 |
| Chg | 06/17/2019 | LF | Late Fee |  | 25.00 | 4,268.49 |
| Chg | 06/17/2019 | IN | Interest |  | 41.68 | 4,310.17 |
| Chg | 07/01/2019 | AM | Monthly Assessment |  | 810.56 | 5,120.73 |
| Pay | 07/15/2019 |  | PAYMENT | 007995 | -1,446.00 | 3,674.73 |
| Chg | 07/16/2019 | LF | Late Fee |  | 25.00 | 3,699.73 |
| Chg | 07/16/2019 | IN | Interest |  | 35.75 | 3,735.48 |
| Chg | 08/01/2019 | AM | Monthly Assessment |  | 810.56 | 4,546.04 |
| Chg | 08/16/2019 | LF | Late Fee |  | 25.00 | 4,571.04 |
| Chg | 08/16/2019 | IN | Interest |  | 44.21 | 4,615.25 |
|  | 08/19/2019 |  | Resident Balance |  |  | 4,615.25 |

Balance Due: $4,615.25

------- CUT ON LINE TO DETACH COUPON AND RETURN WITH YOUR PAYMENT -------

**Make Checks Payable To:**

Villa Marina Association of Apartment Owners

**Property:** 17408 NE 45th Street # 173
**Account:** 43077
**Total Due: $4,615.25**

BUR: VM-1094-0173-01

John Collins
5021 190th Place NE
Sammamish, WA 98074

**Send Remittance To:**

Villa Marina Association of Apartment Owners
c/o Nova
P.O. Box 65795
Phoenix, AZ 85082-5795

5531 001094 00000000000043077 COLLINS00000 081056 6