IN THE UNITED DISTRICT COURTS
IN THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JOHN E. COLLINS, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>NOVA ASSOCIATION MANAGEMENT PARTNERS, LLC, a Washington limited liability company, SOUND LEGAL PARTNERS, LLC, a Washington limited liability company, and RACHEL RAPP BURKEMPER, an individual,<br><br>Defendants. | CASE: 2:20-CV-01206- JCC<br><br>EXHIBIT 3 TO AMENDED COMPLAINT |

# EXHIBIT 3

# BURKEMPER'S 10/09/2019 DEMAND & NOTICE OF CLAIM OF LIEN

1

HA THU DAO
ATTORNEY AT LAW
10728-16th Ave SW
Seattle, WA 98146
727.269.9334
hadaojd@gmail.com



6161 Northeast 175th Street, Suite 205
Kenmore, Washington 98028
Phone: 206-823-1040
Fax: 206-823-1041
www.SoundLegalPartners.com

Rachel R. Burkemper, Esq.
Rachel@SoundLegalPartners.com

*Via Regular and Certified U.S. Mail*

October 9, 2019

John E. Collins, Jr.
aka Jake E. Collins
17408 NE 45th St. #173
Redmond, WA 98052

John E. Collins, Jr.
aka Jake E. Collins
5021 190th Place NE
Sammamish, WA 98074

Re:   Villa Marina Association of Apartment Owners – Delinquent Assessments

Dear Owner:

Villa Marina Association of Apartment Owners has retained this office regarding your debt for past due assessments and fees.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT (UNLESS YOU HAVE OBTAINED A BANKRUPTCY DISCHARGE AS SET FORTH BELOW) AND ANY INFORMATION OBTAINED SHALL BE USED FOR THAT PURPOSE.

NOTWITHSTANDING THE ABOVE, IN THE EVENT YOU OBTAINED A CHAPTER 13 BANKRUPTCY DISCHARGE PURSUANT TO 11 U.S.C. § 1328(a) WHILE YOU OWNED PROPERTY AT THE ASSOCIATION, YOU MAY NOT BE PERSONALLY LIABLE FOR THE AMOUNTS SET FORTH IN THIS CORRESPONDENCE, AND NOTHING STATED HEREIN SHOULD BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT. IN SUCH CASE, THIS CORRESPONDENCE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND TO ENFORCE ANY PROPERTY RIGHTS THE ASSOCIATION MAY HAVE UNDER APPLICABLE STATE AND FEDERAL LAW.

The total amount due on your account through today's date is $7,321.47. This amount includes assessments, late fees, interest charges, and attorneys' fees and costs. A lien has also been placed against your unit. A copy of the lien is enclosed for your records.

Unless you notify this office in writing within 30 days that you dispute the validity of this debt, we will assume this debt is valid, and will proceed to collect the amounts detailed in this letter. However, if you dispute the debt in writing within 30 days, further legal action will not occur until after we have validated the debt in accordance with federal law.

This is a continuing debt, which means your balance due will increase as time goes by. Assessments, late fees, interest charges, and legal fees will continue to be assessed to your account until it is paid in full.

**Your balance due will change depending on when you pay in full**. For example:

| | |
|---|---|
| Balance on October 16, 2019, including $229.15 final payment processing: | $ 7,361.82 |
| Balance of November 1, 2019, including $229.15 final payment processing: | $ 8,207.62 |
| Balance on November 12, 2019, the deadline for your response: | $ 8,234.77 |

You can contact our office at any time to request the balance due on any date, or to ask questions about what is owed. I have enclosed a copy of your account ledger with all charges that would be due through November 12, 2019.

Please contact us as soon as possible regarding your account. If you are unable to pay the full amount due at this time, we would like to discuss alternative arrangements with you, including making an immediate partial payment and providing a payment plan proposal to the Board of Directors.

Otherwise, please submit payment in the amount of $8,234.77 to the order of "Villa Marina Association of Apartment Owners" to Sound Legal Partners' address no later than November 12, 2019. If we receive this payment before November 12, 2019, we will issue a credit to your account for any late fees/interest that would not have accrued.

Prompt action on this matter will reduce the late fees, interest, and legal fees accruing on your account. If you have any questions, please call us at (206) 823-1040 or e-mail me at rachel@soundlegalpartners.com.

Sincerely,
SOUND LEGAL PARTNERS, PLLC

Rachel R. Burkemper
Attorneys at Law

Enclosures

Return to:
Sound Legal Partners, PLLC
6161 NE 175th Street, #205
Kenmore, WA 98028

## NOTICE OF CLAIM OF LIEN

**PERSON INDEBTED TO CLAIMANT (GRANTOR):** JOHN E. COLLINS, JR. AKA JAKE E. COLLINS

**CLAIMANT (GRANTEE):** VILLA MARINA ASSOCIATION OF APARTMENT OWNERS

**ABBREVIATED LEGAL DESCRIPTION:** UNIT 173, BUILDING L, VILLA MARINA, A CONDOMINIUM, SURVEY MAP AND PLANS RECORDED IN VOLUME 23 OF CONDOMINIUMS, PAGE(S) 22 THROUGH 29, INCLUSIVE, AND ANY AMENDMENTS THERETO; CONDOMINIUM DECLARATION RECORDED UNDER RECORDING NUMBER(S) 7808291045, AND AMENDMENTS THERETO, IN KING COUNTY, WASHINGTON. APPURTENANCES TO SAID UNIT INCLUDE AN IUNDIVIDED .94% INTEREST IN THE COMMON ELEMENTS, AND THE USE OF THE FOLLOWING LIMITED COMMON ELEMENT: PARKING SPACE NO. 129. SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

**ASSESSOR'S PROPERTY TAX PARCEL NO.:** 894421-1730

Grantee claims a lien for unpaid assessments, late fees, attorney fees, costs, and interest for $7,092.32 through October 9, 2019, against the above-described real property. In addition, grantee claims a lien for all unpaid assessments from and after the above-stated date and for additional late fees, attorney fees, costs, and interest. This concerns collection of a debt. Any information obtained or provided will be used for that purpose. The attorney is acting as a debt collector.

RACHEL R. BURKEMPER, being sworn says: I am the attorney for the claimant above-named; I have read the foregoing Notice of Claim of Lien, know the contents thereof, and believe the same to be true.

DATED this 9 day of October, 2019.

VILLA MARINA ASSOCIATION OF APARTMENT OWNERS

BY: _____
Rachel R. Burkemper, WSBA #39989
Condominium Law Group, PLLC

SUBSCRIBED AND SWORN TO before me this 9th day of October, 2019

Print name: Jami Pixley
NOTARY PUBLIC in and for the State of Washington;
residing at Bothell, Washington
My commission expires: 03/01/2023