1
2
3
4
5

IN THE UNITED DISTRICT COURTS
IN THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JOHN E. COLLINS, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>NOVA ASSOCIATION MANAGEMENT PARTNERS, LLC, a Washington limited liability company, SOUND LEGAL PARTNERS, LLC, a Washington limited liability company, and RACHEL RAPP BURKEMPER, an individual,<br><br>Defendants. | CASE: 2:20-CV-01206- JCC<br><br>EXHIBIT 4 TO AMENDED COMPLAINT |

# EXHIBIT 4

# BURKEMPER'S EXHIBIT J

1

HA THU DAO
ATTORNEY AT LAW
10728-16th Ave SW
Seattle, WA 98146
727.269.9334
hadaojd@gmail.com

Unit Owner: Collins, John E., Jr., aka Jake E.  
Association: Villa Marina  
Unit Address: 17408 NE 45th Street #173  
Redmond, WA 98052  

Charge Interest/Fee On: 16  
ANNUAL Interest Rate: 12%  
DAILY Interest Rate: 0.032877%  

This is an attempt to collect a debt; any information obtained will be used for that purpose.

| Date | Assessments | Other Fees | Attorneys' Fees | Legal Costs | Payments | Late Charges | Principal Balance | Non-compounding Interest | Balance + Interest | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | ($421.20) | | | | | | ($421.20) | | ($421.20) | Beginning Credit Balance |
| 9/1/18 | ($126.09) | | | | | | ($547.29) | | ($547.29) | Credit for Interest Charged by Management 3/1/17-8/31/18 |
| 9/16/18 | $698.00 | | | | | | $150.71 | $0.74 | $150.71 | |
| 10/1/18 | | | | | | $25.00 | $175.71 | $0.87 | $176.45 | |
| 10/16/18 | $698.00 | | | | | | $873.71 | $4.31 | $875.32 | |
| 11/1/18 | | | | | | $25.00 | $898.71 | $4.73 | $904.63 | |
| 11/1/18 | $698.00 | | | | | | $1,596.71 | | $1,607.36 | |
| 11/16/18 | | | | | ($698.00) | | $898.71 | $2.62 | $911.98 | Payment #7962 |
| 12/1/18 | | | | | | $25.00 | $923.71 | $2.95 | $939.94 | |
| 12/16/18 | $698.00 | | | | | | $1,621.71 | $4.56 | $1,642.49 | |
| 1/1/19 | | | | | | $25.00 | $1,646.71 | $8.00 | $1,675.49 | |
| 1/16/19 | $698.00 | | | | | | $2,344.71 | $8.66 | $2,382.15 | |
| 2/1/19 | | | | | | $25.00 | $2,369.71 | $11.56 | $2,418.71 | |
| 2/1/19 | $698.00 | | | | | | $3,067.71 | $12.47 | $3,129.18 | |
| 2/5/19 | | | | | ($723.00) | | $2,344.71 | $4.03 | $2,410.21 | Payment #7973 |
| 2/16/19 | | | | | | $25.00 | $2,369.71 | $4.48 | $2,443.69 | |
| 3/1/19 | $698.00 | | | | | | $3,067.71 | $10.13 | $3,151.82 | |
| 3/7/19 | | | | | ($723.00) | | $2,344.71 | $6.05 | $2,434.87 | Payment |
| 3/16/19 | | | | | | $25.00 | $2,369.71 | $6.94 | $2,466.81 | |
| 4/1/19 | $810.56 | | | | | | $3,180.27 | $12.47 | $3,289.83 | |
| 4/16/19 | | | | | | $25.00 | $3,205.27 | $15.68 | $3,330.52 | |
| 5/1/19 | $810.56 | | | | | | $4,015.83 | $15.81 | $3,433.89 | |
| 5/1/19 | | | | | ($723.00) | | $3,292.83 | $16.24 | $3,475.12 | Payment |
| 5/16/19 | | | | | | $25.00 | $3,317.83 | $17.45 | $4,303.14 | |
| 6/1/19 | $810.56 | | | | | | $4,128.39 | $20.36 | $4,348.50 | |
| 6/16/19 | | | | | | $25.00 | $4,153.39 | $20.48 | $5,179.54 | |
| 7/1/19 | $810.56 | | | | | | $4,963.95 | $22.85 | $3,756.39 | |
| 7/15/19 | | | | | ($1,446.00) | | $3,517.95 | $1.16 | $3,782.54 | Payment |
| 7/16/19 | | | | | | $25.00 | $3,542.95 | $18.64 | $4,611.74 | |
| 8/1/19 | $810.56 | | | | | | $4,353.51 | $21.47 | $4,658.21 | |
| 8/16/19 | | | | | | $25.00 | $4,378.51 | $23.03 | $5,491.80 | |
| 9/1/19 | $810.56 | | | | | | $5,189.07 | $8.53 | $5,500.33 | |
| 9/6/19 | | | | | | | $5,189.07 | $17.06 | $5,542.39 | |
| 9/16/19 | | | | | | $25.00 | $5,214.07 | $25.71 | $6,378.66 | |
| 10/1/19 | $810.56 | | | | | | $6,024.63 | $29.71 | $6,433.37 | |
| 10/16/19 | | | | | | $25.00 | $6,049.63 | $31.82 | $7,275.76 | |
| 11/1/19 | $810.56 | | | | | | $6,860.19 | $15.79 | $7,813.50 | Invoice #110592 |
| 11/8/19 | | | $400.00 | | | | $7,382.14 | $19.42 | $7,857.91 | |
| 11/16/19 | | | | $121.95 | | | $7,407.14 | $36.53 | $8,705.00 | |
| 12/1/19 | $810.56 | | | | | $25.00 | $8,217.70 | $18.91 | $9,065.31 | Invoice #110906 |
| 12/8/19 | | | $338.50 | $2.90 | | | $8,559.10 | $22.51 | $9,112.82 | |
| 12/16/19 | | | | | | $25.00 | $8,584.10 | | | |

Unit Owner: Collins, John E., Jr, aka Jake E.
Association: Villa Marina
Unit Address: 17408 NE 45th Street #173
Redmond, WA 98052

Charge Interest/Fee On: 16
ANNUAL Interest Rate: 12%
DAILY Interest Rate: 0.032877%

This is an attempt to collect a debt; any information obtained will be used for that purpose.

| Date | Assessments | Other Fees | Attorneys' Fees | Legal Costs | Payments | Late Charges | Principal Balance | Non-compounding Interest | Balance + Interest | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/20 | $810.56 | | | | | | $9,394.66 | $45.15 | $9,968.54 | |
| 1/8/20 | | | $2,309.00 | $1,085.74 | | | $12,789.40 | $21.62 | $13,384.90 | Invoice #11191 |
| 1/16/20 | | | | | | $25.00 | $12,814.40 | $33.64 | $13,443.54 | |
| 2/1/20 | $810.56 | | | | | | $13,624.96 | $67.41 | $14,321.50 | |
| 2/4/20 | | | | $163.40 | | | $13,788.36 | $13.44 | $14,498.34 | Invoice #111482 |
| 2/16/20 | | | | | | $25.00 | $13,813.36 | $54.40 | $14,577.74 | |
| 3/1/20 | $810.56 | | | | | | $14,623.92 | $63.58 | $15,451.88 | |
| 3/5/20 | | | $237.00 | $44.98 | | | $14,905.90 | $19.23 | $15,753.09 | Invoice #500738 |
| 3/16/20 | | | | | | $25.00 | $14,930.90 | $53.91 | $15,832.00 | |
| 3/27/20 | | | $53.50 | | | | $14,984.40 | $54.00 | $15,939.49 | Invoice #501035 |
| 4/1/20 | $829.18 | | | | | | $15,813.58 | $24.63 | $16,793.31 | |
| 4/16/20 | | | | | | $25.00 | $15,838.58 | $77.98 | $16,896.29 | |
| 4/17/20 | | | | | | | $15,838.58 | $5.21 | $16,901.50 | Waive Late Fees and Interest from 4/17/20-7/1/20 due to Procl. 20-51 |
| 5/1/20 | $829.18 | | | | | | $16,667.76 | | $17,730.68 | |
| 5/7/20 | | | $2,385.00 | $30.13 | | | $19,082.89 | | $20,145.81 | Invoice #501383 |
| 5/21/20 | | $4,275.00 | | | | | $23,357.89 | | $24,420.81 | Leatha Consulting Invoice #242 - Data Collection |
| 5/31/20 | | | | | | | $23,357.89 | | $25,249.99 | |
| 6/1/20 | $829.18 | | | | | | $24,187.07 | | $25,249.99 | |
| 6/3/20 | | | $13,573.50 | $67.47 | | | $37,828.04 | | $38,890.96 | Invoice #501664 |
| 6/17/20 | | | | | | | $37,828.04 | | $38,890.96 | |
| 7/1/20 | $829.18 | | | | | | $38,657.22 | $174.11 | $39,894.25 | |
| 7/2/20 | | | $2,926.50 | $68.47 | | | $41,652.19 | | $42,889.22 | Legal to Date |
| 7/8/20 | | | | | | | $41,652.19 | $88.96 | $42,978.18 | Summary Judgment Hearing Date |
| | | | $295.00 | | | | $41,947.19 | | $43,273.18 | Estimated Legal to Prepare for/attend hearing telephonically |
| | | | | | | | $41,947.19 | | $43,273.18 | |
| | | | $350.00 | $32.49 | | | $42,329.68 | | $43,655.67 | Legal to Close File/Reconcile Accounting |
| | | | $15.00 | $6.90 | | | $42,351.58 | | $43,677.57 | Final Payment Processing Fees |
| | | | $200.00 | $214.70 | | | $42,766.28 | | $44,092.27 | Lien Release & Lis Pendens Release Fees |
| | | | | | | | $42,766.28 (ABOVE) | | $44,092.27 (ABOVE) | TOTAL AMOUNT DUE TO ASSOCIATION |

| Date | Assessments | Other Fees | Attorneys' Fees | Legal Costs | Payments | Late Charges | Principal Balance | Non-compounding Interest | Balance + Interest | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS: | $ 17,382.15 | $ 4,275.00 | $ 23,083.00 | $ 1,839.13 | $ (4,313.00) | $ 500.00 | | $ 1,325.99 | | |