IN THE UNITED DISTRICT COURTS
IN THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JOHN E. COLLINS, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>NOVA ASSOCIATION MANAGEMENT PARTNERS, LLC, a Washington limited liability company, SOUND LEGAL PARTNERS, LLC, a Washington limited liability company, and RACHEL RAPP BURKEMPER, an individual,<br><br>Defendants. | CASE: 2:20-CV-01206- JCC<br><br>EXHIBIT 5 TO AMENDED COMPLAINT |

# EXHIBIT 5

# BURKEMPER'S DEBT VALIDATION NOTICE & LEDGER DATED11/14/2019

1

**HA THU DAO**
**ATTORNEY AT LAW**
10728-16th Ave SW
Seattle, WA 98146
727.269.9334
hadaojd@gmail.com



6161 Northeast 175th Street, Suite 205
Kenmore, Washington 98028
Phone: 206-823-1040
Fax: 206-823-1041
www.SoundLegalPartners.com

**Rachel R. Burkemper, Esq.**
Rachel@SoundLegalPartners.com

*Via Regular U.S. Mail and electronic mail at jake@jecollins.net*

November 14, 2019

John E. Collins, Jr.
aka Jake E. Collins
17408 NE 45th St. #173
Redmond, WA 98052

John E. Collins, Jr.
aka Jake E. Collins
5021 190th Place NE
Sammamish, WA 98074

Re:   Villa Marina Association of Apartment Owners – Delinquent Assessments

Dear Mr. Collins:

You stated in your fax dated November 11, 2019 that you dispute the debt we are attempting to collect on behalf of Villa Marina Association of Apartment Owners. Pursuant to federal legislation, this letter serves as validation to that debt. Nothing in this letter should be construed as legal advice. Should you have questions, you should acquire your own attorney. The following is a breakdown of the authority for all amounts found on the ledger we previously sent you:

1) Pursuant to Section 16 of the Declaration of Condominium for Villa Marina ("Declaration") and the Villa Marina Association of Apartment Owners Collection Policy ("Collection Policy"), each unit owner is required to pay assessments and common expenses. Regular assessments accrue against your unit monthly at $810.56.
2) The Collection Policy permits the Association to assess interest at the rate of 12% per year if assessments are not paid timely.
3) As permitted by the Collection Policy, the Board adopted a $25 late fee for every month an account remains delinquent. The Rules impose the late fee on the 16th of each month.
4) Section 17.3 of the Declaration along with R.C.W. 64.34.364(14) provides for recovery from an owner attorney's fees the Association incurs as a result of collections.

Amy Byron left Villa Marina Association of Apartment Owner on June 8, 2018, before your delinquency began. Nova Association Management Partners, LLC, has been handling the bookkeeping since October 2018. As you can see, all the amounts charged in our ledger are authorized by applicable law and the governing documents of your Association. The enclosed ledger supersedes all prior ledgers received from our office. I have also attached the aforementioned documents for your review in case you are no longer in possession of the copies originally provided to you.

This may be an attempt to collect a debt; any information obtained will be used for that purpose.

Page 1 of 2

This letter fulfills our obligation under the Fair Debt Collection Practices Act to respond to the dispute of the debt owed. If you still wish to propose a payment plan as you suggested in your email, please respond by December 2, 2019 with a definitive proposal. If we do not hear from you by then, we will take further legal action.

This is an attempt to collect a debt (unless you filed for a Chapter 13 bankruptcy as set forth below); any information obtained will be used for that purpose. In the event you obtained a Chapter 13 bankruptcy discharge pursuant to 11 U.S.C. § 1328(a) while you owned property at the Association, you may not be personally liable for the amounts set forth in this correspondence, and nothing stated herein should be construed as an attempt to collect a debt. In such case, this correspondence is being provided for informational purposes only and to enforce any property rights the association may have under applicable state and federal law

Sincerely,
SOUND LEGAL PARTNERS, PLLC

Rachel R. Burkemper
Attorney at Law

Enclosures

Unit Owner: Collins, John E., Jr. aka Jake E.
Association: Villa Marina
Unit Address: 17408 NE 45th Street #173
Redmond, WA 98052

Charge Interest/Fee On: 16
ANNUAL Interest Rate: 12%
DAILY Interest Rate: 0.032877%

This is an attempt to collect a debt; any information obtained will be used for that purpose.

| Date | Assessments | Other Fees | Attorneys' Fees | Legal Costs | Payments | Late Charges | Principal Balance | Non-compounding Interest | Balance + Interest | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/1/18 | ($421.20) | | | | | | $ (421.20) | | $ (421.20) | Beginning Credit Balance |
| 9/16/18 | $698.00 | | | | | | 276.80 | | $276.80 | |
| 10/1/18 | $698.00 | | | | | $25.00 | $301.80 | $1.37 | $303.17 | |
| 10/16/18 | $698.00 | | | | | | $999.80 | $1.49 | $1,002.65 | |
| 11/1/18 | $698.00 | | | | | $25.00 | $1,024.80 | $4.93 | $1,032.58 | |
| 11/16/18 | $698.00 | | | | | | $1,722.80 | $5.39 | $1,735.97 | |
| 12/1/18 | $698.00 | | | | | $25.00 | $1,747.80 | $8.50 | $1,769.47 | |
| 12/16/18 | $698.00 | | | | | | $2,445.80 | $8.62 | $2,476.09 | |
| 1/1/19 | $698.00 | | | | | $25.00 | $2,470.80 | $12.06 | $2,513.15 | |
| 1/16/19 | $698.00 | | | | | | $3,168.80 | $13.00 | $3,224.15 | |
| 2/1/19 | $698.00 | | | | | $25.00 | $3,193.80 | $15.63 | $3,264.78 | |
| 2/16/19 | $698.00 | | | | | | $3,891.80 | $16.80 | $3,979.58 | |
| 2/27/19 | | | | | ($698.00) | $25.00 | $3,916.80 | $19.19 | $4,023.77 | |
| 3/1/19 | $698.00 | | | | | | $3,218.80 | $14.16 | $3,339.93 | Payment |
| 3/7/19 | | | | | | | $3,916.80 | $22.12 | $4,040.05 | |
| 3/16/19 | | | | | ($723.00) | | $3,193.80 | $7.73 | $3,324.78 | Payment |
| 4/1/19 | $810.56 | | | | ($723.00) | $25.00 | $2,470.80 | $7.31 | $2,601.78 | Payment |
| 4/16/19 | $810.56 | | | | | | $2,495.80 | $13.13 | $2,634.09 | |
| 5/1/19 | $810.56 | | | | ($723.00) | $25.00 | $3,306.36 | $16.31 | $3,457.78 | |
| 5/16/19 | $810.56 | | | | | | $3,331.36 | $16.43 | $3,499.08 | |
| 6/1/19 | $810.56 | | | | | $25.00 | $3,418.92 | $16.86 | $3,603.07 | Payment |
| 6/16/19 | $810.56 | | | | | $25.00 | $3,443.92 | $18.12 | $3,644.93 | |
| 7/1/19 | $810.56 | | | | | | $4,254.48 | $20.98 | $4,473.61 | |
| 7/15/19 | | | | | ($1,146.00) | | $4,279.48 | $21.10 | $4,519.59 | |
| 7/16/19 | $810.56 | | | | | $25.00 | $5,090.04 | $23.43 | $5,351.25 | |
| 8/1/19 | $810.56 | | | | | | $3,644.04 | $1.20 | $3,928.68 | Payment |
| 8/16/19 | $810.56 | | | | | $25.00 | $3,669.04 | $19.30 | $3,954.88 | |
| 9/1/19 | $810.56 | | | | | $25.00 | $4,479.60 | $22.09 | $4,784.74 | |
| 9/6/19 | | | | | | | $4,504.60 | $23.70 | $4,831.83 | |
| 9/16/19 | $810.56 | | | | | $25.00 | $5,315.16 | $8.74 | $5,666.08 | |
| 10/1/19 | $810.56 | | $400.00 | $121.95 | | | $5,340.16 | $17.47 | $5,674.82 | |
| 10/9/19 | | | | | | | $6,150.72 | $26.34 | $5,717.30 | |
| 10/16/19 | | | | | | $25.00 | $6,697.67 | $16.18 | $6,554.19 | Demand & Lien Fees |
| 11/1/19 | $810.56 | | | | | | $7,508.23 | $15.36 | $7,131.67 | |
| 1/12/19 | | | | | | | $7,508.23 | $35.23 | $7,178.47 | |
| | | | | | | | $7,508.23 | $27.15 | $8,005.62 | Demand Deadline |
| | | | | | | | $7,508.23 | | $8,005.62 | |
| | | | | | | | $7,508.23 | | $8,005.62 | |
| | | | $15.00 | $6.80 | | | $7,530.03 | | $8,027.42 | Final Payment Processing Fees |
| | | | $100.00 | $107.35 | | | $7,737.38 | | $8,334.77 | Lien Release Fees |

Unit Owner: Collins, John E., Jr. aka Jake E.
Association: Villa Marina
Unit Address: 17408 NE 45th Street #173
Redmond, WA 98052

Charge Interest/Fee On: 16
ANNUAL Interest Rate: 12%
DAILY Interest Rate: 0.032877%

This is an attempt to collect a debt, any information obtained will be used for that purpose.

| Date | Assessments | Other Fees | Attorneys' Fees | Legal Costs | Payments | Late Charges | Principal Balance | Non-compounding Interest | Balance + Interest | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Assessments | Other Fees | Attorneys' Fees | Legal Costs | Payments | Late Charges | Principal Balance | Non-compounding Interest | Balance + Interest | NOTES |
| TOTALS: | $ 10,949.28 | $ - | $ 515.00 | $ 236.10 | $ (4,313.60) | $ 350.00 | $7,737.38 (ABOVE) | $ 497.39 | $8,234.77 (ABOVE) | TOTAL AMOUNT DUE TO ASSOCIATION |