IN THE UNITED DISTRICT COURTS
IN THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JOHN E. COLLINS, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>NOVA ASSOCIATION MANAGEMENT PARTNERS, LLC, a Washington limited liability company, SOUND LEGAL PARTNERS, LLC, a Washington limited liability company, and RACHEL RAPP BURKEMPER, an individual,<br><br>Defendants. | CASE: 2:20-CV-01206- JCC<br><br>EXHIBIT 6 TO AMENDED COMPLAINT |

# EXHIBIT 6

# BURKEMPER'S EXHIBIT "C"
# TO LOTZ DECLARATION

1

**HA THU DAO**
**ATTORNEY AT LAW**
10728-16th Ave SW
Seattle, WA 98146
727.269.9334
hadaojd@gmail.com

Nova Association Management Partners
206-215-9732
Association Ledger
Villa Marina AAO

John Collins
17408 NE 45th Street #173
Redmond, WA. 98052
1358318. 43077

| Trans Date | Trans Type | Description | Charge | Payment | Balance | Reference |
|---|---|---|---|---|---|---|
| 05/01/2020 | Charge | Monthly Assessment | $829.18 | | $17,539.99 | |
| 04/01/2020 | Charge | Monthly Assessment | $829.18 | | $16,710.81 | |
| 03/31/2020 | Charge | 3.20 Legal | $53.50 | | $15,881.63 | |
| 03/17/2020 | Charge | Late Fee | $25.00 | | $15,828.13 | |
| 03/17/2020 | Charge | Interest | $150.70 | | $15,803.13 | |
| 03/16/2020 | Charge | 2.20 Lgl Fees | $281.98 | | $15,652.43 | |
| 03/01/2020 | Charge | Monthly Assessment | $810.56 | | $15,370.45 | |
| 02/19/2020 | Charge | Late Fee | $25.00 | | $14,559.89 | |
| 02/19/2020 | Charge | Interest | $139.57 | | $14,534.89 | |
| 02/12/2020 | Charge | 1.2020 Legal Fee | $163.40 | | $14,395.32 | |
| 02/01/2020 | Charge | Monthly Assessment | $810.56 | | $14,231.92 | |
| 01/31/2020 | Charge | 12.19 Legal Fees | $3,394.74 | | $13,421.36 | |
| 01/22/2020 | Charge | Late Fee | $25.00 | | $10,026.62 | |
| 01/22/2020 | Charge | Interest | $96.55 | | $10,001.62 | |
| 01/01/2020 | Charge | Monthly Assessment | $810.56 | | $9,905.07 | |
| 12/17/2019 | Charge | Late Fee | $25.00 | | $9,094.51 | |
| 12/17/2019 | Charge | Interest | $84.19 | | $9,069.51 | |
| 12/13/2019 | Charge | 11.19 Legal Fees | $341.40 | | $8,985.32 | |
| 12/01/2019 | Charge | Monthly Assessment | $810.56 | | $8,643.92 | |
| 11/18/2019 | Charge | Late Fee | $25.00 | | $7,833.36 | |
| 11/18/2019 | Charge | Interest | $75.33 | | $7,808.36 | |
| 11/15/2019 | Charge | Sound Legal #110592 | $521.95 | | $7,733.03 | |
| 11/01/2019 | Charge | Monthly Assessment | $810.56 | | $7,211.08 | |
| 10/16/2019 | Charge | Late Fee | $25.00 | | $6,400.52 | |
| 10/16/2019 | Charge | Interest | $61.39 | | $6,375.52 | |
| 10/01/2019 | Charge | Monthly Assessment | $810.56 | | $6,314.13 | |
| 09/16/2019 | Charge | Late Fee | $25.00 | | $5,503.57 | |
| 09/16/2019 | Charge | Interest | $52.76 | | $5,478.57 | |
| 09/01/2019 | Charge | Monthly Assessment | $810.56 | | $5,425.81 | |
| 08/16/2019 | Charge | Late Fee | $25.00 | | $4,615.25 | |
| 08/16/2019 | Charge | Interest | $44.21 | | $4,590.25 | |
| 08/01/2019 | Charge | Monthly Assessment | $810.56 | | $4,546.04 | |
| 07/16/2019 | Charge | Late Fee | $25.00 | | $3,735.48 | |
| 07/16/2019 | Charge | Interest | $35.75 | | $3,710.48 | |
| 07/15/2019 | Payment | PAYMENT | | ($1,446.00) | $3,674.73 | |
| 07/01/2019 | Charge | Monthly Assessment | $810.56 | | $5,120.73 | |
| 06/17/2019 | Charge | Late Fee | $25.00 | | $4,310.17 | |
| 06/17/2019 | Charge | Interest | $41.68 | | $4,285.17 | |
| 06/01/2019 | Charge | Monthly Assessment | $810.56 | | $4,243.49 | |

05/08/2020 12:55:20

Nova Association Management Partners
206-215-9732
Association Ledger
Villa Marina AAO

John Collins
17408 NE 45th Street # 173
Redmond, WA, 98052
1358318, 43077

| Date | Type | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|
| 05/16/2019 | Charge | Late Fee | $25.00 | | $3,432.93 |
| 05/16/2019 | Charge | Interest | $33.25 | | $3,407.93 |
| 05/01/2019 | Charge | Monthly Assessment | $810.56 | | $3,374.68 |
| 05/01/2019 | Payment | PAYMENT | | ($723.00) | $2,564.12 |
| 04/16/2019 | Charge | Late Fee | $25.00 | | $3,287.12 |
| 04/16/2019 | Charge | Interest | $32.05 | | $3,262.12 |
| 04/01/2019 | Charge | Monthly Assessment | $810.56 | | $3,230.07 |
| 03/18/2019 | Charge | Interest | $23.71 | | $2,419.51 |
| 03/18/2019 | Charge | Late Fee | $25.00 | | $2,395.80 |
| 03/07/2019 | Payment | PAYMENT | | ($723.00) | $2,370.80 |
| 03/07/2019 | Payment | PAYMENT | | ($723.00) | $3,093.80 |
| 03/01/2019 | Charge | Monthly Assessment | $698.00 | | $3,816.80 |
| 02/27/2019 | Payment | Personal | | ($698.00) | $3,118.80 |
| 02/26/2019 | Credit | Waive 1.19-2.19 LF/I | ($30.69) | | $3,816.80 |
| 02/26/2019 | Credit | Waive 1.19-2.19 LF/I | ($25.00) | | $3,847.49 |
| 02/26/2019 | Credit | Waive 1.19-2.19 LF/I | ($37.97) | | $3,872.49 |
| 02/26/2019 | Credit | Waive 1.19-2.19 LF/I | ($25.00) | | $3,910.46 |
| 02/18/2019 | Charge | Interest | $37.97 | | $3,935.46 |
| 02/18/2019 | Charge | Late Fee | $25.00 | | $3,897.49 |
| 02/01/2019 | Charge | Monthly Assessment | $698.00 | | $3,872.49 |
| 01/16/2019 | Charge | Interest | $30.69 | | $3,174.49 |
| 01/16/2019 | Charge | Late Fee | $25.00 | | $3,143.80 |
| 01/01/2019 | Charge | Monthly Assessment | $698.00 | | $3,118.80 |
| 12/01/2018 | Charge | Monthly Assessment | $698.00 | | $2,420.80 |
| 11/20/2018 | Credit | CREDIT | ($6.98) | | $1,722.80 |
| 11/20/2018 | Credit | CREDIT | ($25.00) | | $1,729.78 |
| 11/16/2018 | Charge | Interest | $6.98 | | $1,754.78 |
| 11/16/2018 | Charge | Late Fee | $25.00 | | $1,747.80 |
| 11/01/2018 | Charge | Monthly Assessment | $698.00 | | $1,722.80 |
| 10/31/2018 | Charge | Prior Mgmt Balance | $974.80 | | $1,024.80 |
| 10/31/2018 | Charge | Prior Mgmt Balance | $50.00 | | $50.00 |