IN THE UNITED DISTRICT COURTS
IN THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JOHN E. COLLINS, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>NOVA ASSOCIATION MANAGEMENT PARTNERS, LLC, a Washington limited liability company, SOUND LEGAL PARTNERS, LLC, a Washington limited liability company, and RACHEL RAPP BURKEMPER, an individual,<br><br>Defendants. | CASE: 2:20-CV-01206- JCC<br><br>EXHIBIT 7 TO AMENDED COMPLAINT |

# EXHIBIT 7

# BURKEMPER'S EXHIBIT I

1

HA THU DAO
ATTORNEY AT LAW
10728-16th Ave SW
Seattle, WA 98146
727.269.9334
hadaojd@gmail.com

| Unit Owner: | Collins, John E., Jr, aka Jake E. | | Charge Interest/Fee On: | 16 | | | This is an attempt to collect a debt; any |
| Association: | Villa Marina | | ANNUAL Interest Rate: | 12% | | | information obtained will be used for that purpose. |
| Unit Address: | 17408 NE 45th Street #173 | | DAILY Interest Rate: | 0.032877% | | | |
| | Redmond, WA 98052 | | | | | | |

| Date | Assessments | Other Fees | Attorneys' Fees | Legal Costs | Payments | Late Charges | Principal Balance | Non-compounding Interest | Balance + Interest | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/17 | $628.18 | | | | | | $628.18 | | $628.18 | Payment #7849 - no mailing receipt |
| 3/1/17 | $195.83 | | | | | | $824.01 | | $824.01 | |
| 3/16/17 | | | | | | $25.00 | $849.01 | $4.06 | $853.07 | |
| 3/21/17 | | | | | ($628.18) | | $220.83 | $1.40 | $226.29 | |
| 4/1/17 | $655.00 | | | | | | $875.83 | $0.80 | $882.09 | |
| 4/1/17 | $195.83 | | | | | | $1,071.66 | | $1,077.92 | |
| 4/16/17 | | | | | | $25.00 | $1,096.66 | $5.28 | $1,108.20 | |
| 5/1/17 | $655.00 | | | | | | $1,751.66 | $5.41 | $1,768.61 | Payment #7863 - No mailing receipt |
| 5/1/17 | $195.83 | | | | | | $1,947.49 | | $1,964.44 | |
| 5/16/17 | | | | | | $25.00 | $1,972.49 | $9.60 | $1,999.05 | |
| 5/31/17 | | | | | ($655.00) | | $1,317.49 | $9.73 | $1,353.77 | |
| 6/1/17 | $655.00 | | | | | | $1,972.49 | $0.43 | $2,009.21 | |
| 6/1/17 | $195.83 | | | | | | $2,168.32 | | $2,205.04 | |
| 6/16/17 | | | | | | $25.00 | $2,193.32 | $10.69 | $2,240.73 | Payment #7872 - Date Mailed |
| 7/1/17 | $655.00 | | | | | | $2,848.32 | $10.82 | $2,906.54 | |
| 7/16/17 | | | | | | $25.00 | $2,873.32 | $14.05 | $2,945.59 | |
| 7/27/17 | | | | | ($628.18) | | $2,245.14 | $10.39 | $2,327.80 | Payment #7882 - no mailing receipt |
| 8/1/17 | $655.00 | | | | | | $2,900.14 | $3.69 | $2,986.49 | Payment #7885 - Date mailed |
| 8/16/17 | | | | | | $25.00 | $2,925.14 | $14.30 | $3,025.80 | |
| 8/21/17 | | | | | ($1,336.82) | | $1,588.32 | $4.81 | $1,693.78 | |
| 8/30/17 | | | | | ($655.00) | | $933.32 | $4.70 | $1,043.48 | Payment #7899 - Date mailed |
| 9/1/17 | $655.00 | | | | | | $1,588.32 | $0.61 | $1,699.10 | |
| 9/16/17 | | | | | | $25.00 | $1,613.32 | $7.83 | $1,731.93 | |
| 9/26/17 | | | | | ($655.00) | | $958.32 | $5.30 | $1,082.23 | Payment #7903 - no mailing receipt |
| 10/1/17 | $655.00 | | | | | | $1,613.32 | $1.58 | $1,738.81 | Payment #7906 - no mailing receipt |
| 10/16/17 | | | | | | $25.00 | $1,638.32 | $7.96 | $1,771.77 | |
| 10/23/17 | | | | | ($655.00) | | $983.32 | $3.77 | $1,120.54 | Payment #7907 - Date mailed |
| 10/30/17 | | | | | ($655.00) | | $328.32 | $2.26 | $467.80 | |
| 11/1/17 | $655.00 | | | | | | $983.32 | $0.22 | $1,123.01 | |
| 11/14/17 | | | | | ($655.00) | | $328.32 | $4.20 | $472.22 | Payment #7917 - Date Mailed |
| 11/16/17 | | | | | | $25.00 | $353.32 | $0.22 | $497.43 | |
| 12/1/17 | $655.00 | | | | | | $1,008.32 | $1.74 | $1,154.18 | |
| 12/9/17 | | | | | ($655.00) | | $353.32 | $2.65 | $501.83 | |
| 12/16/17 | | | | | | $25.00 | $378.32 | $0.81 | $527.64 | Payment #7920 - no mailing receipt |
| 1/1/18 | $655.00 | | | | | | $1,033.32 | $1.99 | $1,184.63 | |
| 1/16/18 | | | | | | $25.00 | $1,058.32 | $5.10 | $1,214.73 | Payment #7930 - Date Mailed |
| 1/17/18 | | | | | ($655.00) | | $403.32 | $0.35 | $560.07 | |
| 2/1/18 | $655.00 | | | | | | $1,058.32 | $1.99 | $1,217.06 | |
| 2/14/18 | | | | | ($655.00) | | $403.32 | $4.52 | $566.59 | Payment #7932 - Date Mailed |
| 2/16/18 | | | | | | $25.00 | $428.32 | $0.27 | $591.85 | |
| 3/1/18 | $655.00 | | | | | | $1,083.32 | $1.83 | $1,248.68 | |

| Unit Owner: | Collins, John E., Jr, aka Jake E. | | Charge Interest/Fee On: | 16 | | | | | | This is an attempt to collect a debt; any |
| Association: | Villa Marina | | ANNUAL Interest Rate: | 12% | | | | | | information obtained will be used for that purpose. |
| Unit Address: | 17408 NE 45th Street #173 | | DAILY Interest Rate: | 0.032877% | | | | | | |
| | Redmond, WA 98052 | | | | | | | | | |

| Date | Assessments | Other Fees | Attorneys' Fees | Legal Costs | Payments | Late Charges | Principal Balance | Non-compounding Interest | Balance + Interest | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/13/18 | | | | | ($655.00) | | $428.32 | $4.27 | $597.96 | Payment #7940 - no mailing receipt |
| 3/16/18 | | | | | | $25.00 | $453.32 | $0.42 | $623.38 | |
| 4/1/18 | $698.00 | | | | | | $1,151.32 | $2.38 | $1,323.76 | Payment #7942 - Date Mailed |
| 4/16/18 | | | | | ($698.00) | $25.00 | $478.32 | $5.68 | $656.44 | |
| 5/1/18 | $698.00 | | | | | | $1,176.32 | $2.36 | $1,356.80 | |
| 5/14/18 | | | | | ($698.00) | | $478.32 | $5.03 | $663.83 | Payment #7946 - Date Mailed |
| 5/16/18 | | | | | | $25.00 | $503.32 | $0.31 | $689.14 | |
| 6/1/18 | $698.00 | | | | | | $1,201.32 | $2.65 | $1,389.79 | |
| 6/13/18 | | | | | ($698.00) | | $503.32 | $4.74 | $696.53 | Payment #7953 - Date Mailed |
| 6/16/18 | | | | | | $25.00 | $528.32 | $0.50 | $722.03 | |
| 7/1/18 | $698.00 | | | | | | $1,226.32 | $2.61 | $1,422.63 | |
| 7/12/18 | | | | | ($698.00) | | $528.32 | $4.43 | $729.07 | Payment #7955 - Date Mailed |
| 7/16/18 | | | | | | $25.00 | $553.32 | $0.69 | $754.76 | |
| 8/1/18 | $698.00 | | | | | | $1,251.32 | $2.91 | $1,455.67 | |
| 8/13/18 | | | | | ($698.00) | | $553.32 | $4.94 | $762.61 | |
| 8/16/18 | | | | | | $25.00 | $578.32 | $0.55 | $788.15 | |
| 9/1/18 | $698.00 | | | | | | $1,276.32 | $3.04 | $1,489.20 | |
| 9/16/18 | | | | | | $25.00 | $1,301.32 | $6.29 | $1,520.49 | |
| 10/1/18 | $698.00 | | | | | | $1,999.32 | $6.42 | $2,224.91 | |
| 10/16/18 | | | | | | $25.00 | $2,024.32 | $9.86 | $2,259.77 | |
| 11/1/18 | $698.00 | | | | | | $2,722.32 | $10.65 | $2,968.42 | |
| 11/6/18 | | | | | ($698.00) | | $2,024.32 | $4.48 | $2,274.89 | Payment #7962 - no mailing receipt |
| 11/16/18 | | | | | | $25.00 | $2,049.32 | $6.66 | $2,306.55 | |
| 12/1/18 | $698.00 | | | | | | $2,747.32 | $10.11 | $3,014.65 | |
| 12/16/18 | | | | | | $25.00 | $2,772.32 | $13.55 | $3,053.20 | |
| 1/1/19 | $698.00 | | | | | | $3,470.32 | $14.58 | $3,765.78 | |
| 1/16/19 | | | | | | $25.00 | $3,495.32 | $17.11 | $3,807.90 | |
| 1/31/19 | | | | | ($723.00) | | $2,772.32 | $17.24 | $3,102.14 | Payment #7973 - Date Mailed |
| 2/1/19 | $698.00 | | | | | | $3,470.32 | $0.91 | $3,801.05 | |
| 2/16/19 | | | | | | $25.00 | $3,495.32 | $17.11 | $3,843.16 | |
| 3/1/19 | $698.00 | | | | | | $4,193.32 | $14.94 | $4,556.10 | |
| 3/7/19 | | | | | ($723.00) | | $3,470.32 | $8.27 | $3,841.37 | Payment - no mailing receipt |
| 3/16/19 | | | | | | $25.00 | $3,495.32 | $10.27 | $3,876.64 | |
| 4/1/19 | $810.56 | | | | | | $4,305.88 | $18.39 | $4,705.59 | |
| 4/16/19 | | | | | | $25.00 | $4,330.88 | $21.23 | $4,751.82 | |
| 5/1/19 | $810.56 | | | | ($723.00) | | $4,418.44 | $21.36 | $4,860.74 | Payment - no mailing receipt |
| 5/16/19 | | | | | | $25.00 | $4,443.44 | $21.79 | $4,907.53 | |
| 6/1/19 | $810.56 | | | | | | $5,254.00 | $23.37 | $5,741.46 | |
| 6/16/19 | | | | | | $25.00 | $5,279.00 | $25.91 | $5,792.37 | |
| 7/1/19 | $810.56 | | | | | | $6,089.56 | $26.03 | $6,628.96 | |
| 7/15/19 | | | | | ($1,446.00) | | $4,643.56 | $28.03 | $5,210.99 | Payment - no mailing receipt |
| 7/16/19 | | | | | | $25.00 | $4,668.56 | $1.53 | $5,237.52 | |

| Unit Owner: | Collins, John E., Jr, aka Jake E. | | Charge Interest/Fee On: | 16 | | | | This is an attempt to collect a debt; any |
| Association: | Villa Marina | | ANNUAL Interest Rate: | 12% | | | | information obtained will be used for that purpose. |
| Unit Address: | 17408 NE 45th Street #173 | | DAILY Interest Rate: | 0.032877% | | | | |
| | Redmond, WA 98052 | | | | | | | |

| Date | Assessments | Other Fees | Attorneys' Fees | Legal Costs | Payments | Late Charges | Principal Balance | Non-compounding Interest | Balance + Interest | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/19 | $810.56 | | | | | | $5,479.12 | $24.56 | $6,072.64 | |
| 8/16/19 | | | | | | | $5,504.12 | $27.02 | $6,124.66 | |
| 9/1/19 | $810.56 | | | | | $25.00 | $6,314.68 | $28.95 | $6,964.17 | |
| 9/6/19 | | | | | | | $6,314.68 | $10.38 | $6,974.55 | |
| 9/16/19 | | | | | | | $6,339.68 | $20.76 | $7,020.31 | |
| 10/1/19 | $810.56 | | | | | $25.00 | $7,150.24 | $31.26 | $7,862.14 | |
| 10/16/19 | | | | | | | $7,175.24 | $35.26 | $7,922.40 | |
| 11/1/19 | $810.56 | | | | | $25.00 | $7,985.80 | $37.74 | $8,770.70 | |
| 11/8/19 | | | $400.00 | $121.95 | | | $8,507.75 | $18.38 | $9,311.03 | Invoice #110592 |
| 11/16/19 | | | | | | | $8,532.75 | $22.38 | $9,358.41 | |
| 12/1/19 | $810.56 | | | | | $25.00 | $9,343.31 | $42.08 | $10,211.05 | |
| 12/8/19 | | | $338.50 | $2.90 | | | $9,684.71 | $21.50 | $10,573.95 | Invoice #110906 |
| 12/16/19 | | | | | | $25.00 | $9,709.71 | $25.47 | $10,624.42 | |
| 1/1/20 | $810.56 | | | | | | $10,520.27 | $51.08 | $11,486.06 | |
| 1/8/20 | | | $2,309.00 | $1,085.74 | | | $13,915.01 | $24.21 | $14,905.01 | Invoice #111191 |
| 1/16/20 | | | | | | $25.00 | $13,940.01 | $36.60 | $14,966.61 | |
| 2/1/20 | $810.56 | | | | | | $14,750.57 | $73.33 | $15,850.49 | |
| 2/4/20 | | | | $163.40 | | | $14,913.97 | $14.55 | $16,028.44 | Invoice #111482 |
| 2/16/20 | | | | | | $25.00 | $14,938.97 | $58.84 | $16,112.28 | |
| 3/1/20 | $810.56 | | | | | | $15,749.53 | $68.76 | $16,991.60 | |
| 3/5/20 | | | $237.00 | $44.98 | | | $16,031.51 | $20.71 | $17,294.29 | Invoice #500738 |
| 3/16/20 | | | | | | $25.00 | $16,056.51 | $57.98 | $17,377.27 | |
| 3/27/20 | | | $53.50 | | | | $16,110.01 | $58.07 | $17,488.84 | Invoice #501035 |
| 4/1/20 | $829.18 | | | | | | $16,939.19 | $26.48 | $18,344.50 | |
| 4/16/20 | | | | | | $25.00 | $16,964.19 | $83.54 | $18,453.04 | |
| 4/17/20 | | | | | | | $16,964.19 | $5.58 | $18,458.61 | Waive Late Fees and Interest from 4/17/20-8/1/20 fue to Procl. 20-51 |
| 5/1/20 | $829.18 | | | | | | $17,793.37 | | $19,287.79 | |
| 5/7/20 | | | $2,385.00 | $30.13 | | | $20,208.50 | | $21,702.92 | Invoice #501383 |
| 5/21/20 | | $4,275.00 | | | | | $24,483.50 | | $25,977.92 | Leatha Consulting Invoice #242 - Data Collection |
| 5/31/20 | | | | | | | $24,483.50 | | $25,977.92 | |
| 6/1/20 | $829.18 | | | | | | $25,312.68 | | $26,807.10 | |
| 6/3/20 | | | $13,573.50 | $67.47 | | | $38,953.65 | | $40,448.07 | Invoice #501664 |
| 6/17/20 | | | | | | | $38,953.65 | | $40,448.07 | |
| 7/1/20 | $829.18 | | | | | | $39,782.83 | | $41,277.25 | |
| 7/4/20 | | | $2,926.50 | $68.47 | | | $42,777.80 | | $44,272.22 | Invoice #501989 |
| 7/15/20 | | | $4,104.50 | $229.98 | | | $47,112.28 | | $48,606.70 | Legal to Date |
| | | | | | | | $47,112.28 | | $48,606.70 | |
| | | | | | | | $47,112.28 | | $48,606.70 | |
| | | | | | | | $47,112.28 | | $48,606.70 | |
| | | | $350.00 | $32.49 | | | $47,494.77 | | $48,989.19 | Legal to Close File/Reconcile Accounting |

| Unit Owner: | Collins, John E., Jr, aka Jake E. | | Charge Interest/Fee On: | 16 | | | | This is an attempt to collect a debt; any |
|---|---|---|---|---|---|---|---|---|
| Association: | Villa Marina | | ANNUAL Interest Rate: | 12% | | | | information obtained will be used for that purpose. |
| Unit Address: | 17408 NE 45th Street #173 | | DAILY Interest Rate: | 0.032877% | | | | |
| | Redmond, WA 98052 | | | | | | | |

| Date | Assessments | Other Fees | Attorneys' Fees | Legal Costs | Payments | Late Charges | Principal Balance | Non-compounding Interest | Balance + Interest | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | $15.00 | $6.90 | | | $47,516.67 | | $49,011.09 | Final Payment Processing Fees |
| | | | $200.00 | $214.70 | | | $47,931.37 | | $49,425.79 | Lien Release & Lis Pendens Release Fees |
| | | | | | | | $47,931.37 | | $49,425.79 | TOTAL AMOUNT DUE TO ASSOCIATION |
| TOTALS: | $ 30,690.94 | $ 4,275.00 | $ 26,892.50 | $ 2,069.11 | $ (16,946.18) | $ 950.00 | (ABOVE) | $ 1,494.42 | (ABOVE) | |
| Date | Assessments | Other Fees | Attorneys' Fees | Legal Costs | Payments | Late Charges | Principal Balance | Non-compounding Interest | Balance + Interest | NOTES |