AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WASHI▼

| | |
|---|---|
| JOHN E. COLLINS JR., A/K/A JAKE E. COLLINS JR., AN INDIVIDUAL <br><br> *Plaintiff(s)* <br> v. <br> NOVA ASSOCIATION MANAGEMENT PARTNERS, LLC, SOUND LEGAL PARTNERS, PLLC, RACHEL RAPP BURKEMPER, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:20-cv-01206JCC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VILLA MARINA ASSOCIATION OF APARTMENT OWNERS, A CONDOMINIUM ASSOCIATION ORGANIZED UNDER WASHINGTON LAW

17104 NE 45TH STREET, REDMOND WA 98052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HA THU DAO, ESQ.
10728-16TH AVE SW, SEATTLE WA 98146

CHRISTINA HENRY, ESQ.
787 MAYNARD AVE S., SEATTLE, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
*Signature of Clerk or Deputy Clerk*