THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN E. COLLINS, JR. a/k/a JAKE E. COLLINS, JR., an individual,<br><br>Plaintiff,<br>v.<br><br>NOVA ASSOCIATION MANAGEMENT PARTNERS, LLC, a Washington limited liability company, SOUND LEGAL PARTNERS, LLC, a Washington limited liability company; RACHEL RAPP BURKEMPER, an individual; VILLA MARINA ASSOCIATION OF APARTMENT OWNERS, a Washington condominium association,<br><br>Defendants. | Case No.: 2:20-cv-01206-JCC<br><br>DECLARATION OF KATIE J. COMSTOCK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY DEFENSE COUNSEL |

I, Katie J. Comstock, declare as follows:

 1. I am over the age of 18, have personal knowledge of the facts and statements contained in this declaration, and am otherwise competent to make this declaration.

 2. I am a partner at Levy | von Beck | Comstock, P.S.

 3. I received a telephone inquiry from John Collins on or about May 14, 2020. Mr. Collins briefly talked about hiring my firm to represent him in a dispute with a homeowners' association.

DECLARATION OF KATIE J. COMSTOCK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY DEFENSE COUNSEL - 1
(Case No. 2:20-cv-01206-JCC)

LEVY | VON BECK | COMSTOCK | P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444

4. I did not recall any conversation with Mr. Collins, but after searching for any records relating to Mr. Collins, I located what I believe to be notes from an inquiry regarding potential representation conversation.

5. My notes reference Mr. Collins' having a fee dispute with a homeowners' association, an argument regarding late fees, and a lawsuit that occurred sometime in the past.

6. I took the following notes verbatim:

> Villa Marina -
> Fee Dispute
> Started five years ago, brought up old "late fees" and they said they will drop it and emails him and says they won't
> But 3 or 4 months later sends a collection threat
> They sued him, he paid them $12k
> Nathan Arnold - Attorney
>
> Helga Carr referred him
>
> $5,000 retainer

7. My notes reflect that Mr. Collins knew he was already represented by counsel, Mr. Arnold, relating to the dispute. Aside from my notes, I have no recollection concerning the substance of my brief conversation with Mr. Collins. I do not have any information that Mr. Collins supposedly disclosed to me that could potentially be harmful to Mr. Collins.

8. On a typical business day, I receive between two to eight telephone or email inquiries like the one Mr. Collins made.

DECLARATION OF KATIE J. COMSTOCK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY DEFENSE COUNSEL - 2
(Case No. 2:20-cv-01206-JCC)

LEVY | VON BECK | COMSTOCK | P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444

9. I typically advise anyone who makes an inquiry regarding potential representation that I cannot provide legal advice until I have the opportunity to review their documents.

10. My typical practice is also to tell anyone making an inquiry into potential representation that I cannot represent them until my office conducts a conflicts check and until the party seeking representation signs a representation agreement and pays a retainer fee.

11. I explained my firm's typical billing practices and my hourly rate.

12. I never spoke to Mr. Collins after his telephone inquiry.

13. I did not have ongoing discussions with Mr. Collins about hiring my firm to represent him.

14. I am not one of the attorneys handling or involved with the state and federal court actions between Mr. Collins and Defendants. I do not have access to the case file concerning these actions, and I do not discuss these actions with the attorneys handling them. Neither I nor my firm have ever represented Mr. Collins.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 26th day of October, 2020 at Seattle, Washington.

/s/ Katie J. Comstock
Katie J. Comstock, WSBA No. 40637

DECLARATION OF KATIE J. COMSTOCK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY DEFENSE COUNSEL - 3
(Case No. 2:20-cv-01206-JCC)

LEVY | VON BECK | COMSTOCK | P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444