Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN E. COLLINS, JR., a/k/a JAKE E. COLLINS, JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NOVA ASSOCIATION MANAGEMENT PARTNERS, LLC, a Washington limited liability company; SOUND LEGAL PARTNERS, LLC, a Washington limited liability company; RACHEL RAPP BURKEMPER, an individual; and VILLA MARINA ASSOCIATION OF APARTMENT OWNERS,<br><br>Defendants. | No. 2:20-cv-01206-JCC<br><br>STIPULATION AND ORDER STAYING DISCOVERY PENDING DECISIONS ON DEFENDANTS' MOTIONS TO DISMISS<br><br>NOTED FOR HEARING: NOVEMBER 24, 2020<br><br><br>[PROPOSED] |

## I. STIPULATION

Defendants have each moved to dismiss Plaintiff's claims in their respective Rule 12(b)(6) Motions to Dismiss. (Dkt 15, 17).

The Parties, through their respective counsel, wish to avoid costly and/or intrusive discovery to the extent that it may not be needed, and agree that it is in all Parties' interests to stay discovery pending a decision on Defendants' motions to dismiss.

The Parties therefore propose the following stipulation to the Court, and request that the Court adopt the following stipulation of the Parties.

STIPULATION AND ORDER STAYING DISCOVERY
PENDING DECISIONS ON DEFENDANTS' MOTIONS
TO DISMISS - 1
2:20-cv-01206-JCC
6759841.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1. The Parties stipulate that all discovery in this case should be stayed until an Order is entered on Defendants' Rule 12(b)(6) Motions to Dismiss. (Dkr 15, 17).

2. The Parties stipulate that they shall not engage in discovery of any type prior to entry of such an Order.

3. The Parties stipulate that, after an Order is entered on Defendants' Rule 12(b)(6) Motions to Dismiss, the discovery stay should be be lifted and discovery should be permitted to commence as to Parties or issues that may remain after such Order is entered, if any.

Submitted jointly this 24th day of November, 2020.

    s/ Ha Thu Dao_____
    Ha Thu Dao WSBA No. 21793
    10728 16th Ave SW
    Seattle, WA  98146
    (727) 269-9334
    hadaojd@gmail.com
    Attorney for Plaintiff
    John E. Collins, Jr.

HENRY & DEGRAAFF, P.S.

    s/ Christina L. Henry_____
    Christina L. Henry, WSBA No. 31273
    787 Maynard Ave S.
    Seattle, WA  98104-2987
    (206) 330-0595
    chenry@hdm-legal.com
    Attorney for Plaintiff
    John E. Collins, Jr.

LEVY VON BECK COMSTOCK, P.S.

    s/ Tyler Kerr_____
    Seth E. Chastain, WSBA No. 43066
    Tyler Kerr, WSBA No. 46993
    1200 Fifth Ave, Ste 1850
    Seattle, WA  98101
    (206) 531-2945

STIPULATION AND ORDER STAYING DISCOVERY PENDING DECISIONS ON DEFENDANTS' MOTIONS TO DISMISS - 2
2:20-cv-01206-JCC
6759841.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

| | |
|---|---|
| 1 | sechastain@levy-law.com |
| 2 | tyler@levy-law.com |
|   | Attorneys for Defendants |
| 3 | Nova Association Management Partners, LLC, and |
|   | Villa Marina Association of Apartment Owners |
| 4 | |
|   | LEE SMART, P.S., INC. |
| 5 | |
|   | /s Marc Rosenberg |
| 6 | Marc Rosenberg, WSBA No. 31034 |
|   | Of Attorneys for Defendant |
| 7 | Sound Legal Partners and Burkemper |
| 8 | |
|   | 1800 One Convention Place |
|   | 701 Pike St. |
| 9 | Seattle, WA 98101-3929 |
|   | (206) 624-7990 |
| 10 | mr@leesmart.com |

STIPULATION AND ORDER STAYING DISCOVERY
PENDING DECISIONS ON DEFENDANTS' MOTIONS
TO DISMISS - 3
2:20-cv-01206-JCC
6759841.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

## II.  ORDER

The Court, having reviewed the Parties' Stipulation to Stay Discovery Pending Decisions of Defendants' Rule 12(b)(6) Motions to Dismiss, finds good cause to now enter the following Order:

1. It is hereby Ordered that all discovery in this case is hereby stayed until an Order is entered on Defendants' Rule 12(b)(6) Motions to Dismiss.  (Dkr 15, 17).

2. The Parties may not engage in discovery of any type prior to such an Order.

3. After an Order is entered on Defendants' Rule 12(b)(6) Motions to Dismiss, this discovery stay shall be lifted without further action, and discovery may then commence as to Parties or issues that may remain after the Order is entered, if any.

IT IS SO ORDERED.

Entered this ___ day of _____ , 2020.

_____
Hon. John C. Coughenour
U.S. District Court Judge

STIPULATION AND ORDER STAYING DISCOVERY PENDING DECISIONS ON DEFENDANTS' MOTIONS TO DISMISS - 4
2:20-cv-01206-JCC
6759841.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944