THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN E. COLLINS, JR., | CASE NO. C20-1206-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NOVA ASSOCIATION MANAGEMENT PARTNERS, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay discovery pending the Court's orders on Defendants' motions to dismiss (Dkt. No. 34). Having reviewed the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion. The Court recognizes that other deadlines may need to be adjusted after the Court issues orders on the outstanding motions.

DATED this 17th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk