THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JOHN E. COLLINS JR, | CASE NO. C20-1206-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NOVA ASSOCIATION MANAGEMENT PARTNERS LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Before the Court is Plaintiff's motion for reconsideration (Dkt. No. 42) of the Court's order staying this case (Dkt. No. 40.)

"Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." W.D. Wash. Local Civ. R. 7(h). Collins does not call the Court's attention to any new facts or information that warrant revisiting its prior order. His motion for reconsideration (Dkt. No. 42) is thus DENIED.

//

MINUTE ORDER
C20-1206-JCC
PAGE - 1

DATED this 22nd day of October 2021.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk