THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN E. COLLINS, JR., | CASE NO. C20-1206-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NOVA ASSOCIATION MANAGEMENT PARTNERS, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion to lift the stay and reopen this case (**Dkt. No. 48**). Given that state court proceedings in the related case have now concluded, (*see* Dkt. No. 49 at 44–45), and the grounds for abstention resolved, the Court thus LIFTS the stay in this matter and DIRECTS the Clerk to reopen this case.

Revised initial case management deadlines are as follows:

- Rule 12(a) responsive pleading deadline—November 14, 2025
- Rule 26(f) conference deadline—January 2, 2026
- Rule 26(a)(1) initial disclosure deadline—January 9, 2026
- Rule 26(f) joint status report due date—January 16, 2026

MINUTE ORDER
C20-1206-JCC
PAGE - 1

DATED this 24th day of October 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
