THE HONORABLE JOHN C. COUGHENOUR

UNITED DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON - SEATTLE DIVISION

| | |
|---|---|
| JOHN E. COLLINS, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>NOVA ASSOCIATION MANAGEMENT PARTNERS, LLC, a Washington limited liability company, SOUND LEGAL PARTNERS, LLC, a Washington limited liability company, and RACHEL RAPP BURKEMPER, an individual,<br><br>Defendants. | CASE: 2:20-cv-01206 - JCC<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF INITIAL CASE MANAGEMENT DEADLINES<br><br>NOTED FOR HEARING ON<br><br>JANUARY 14, 2026 |

## I. STIPULATION

Plaintiffs John E. Collins ("Plaintiff"), by and through their undersigned attorneys, and Defendants Nova Association Management Partners, LLC, Sound Legal Partners, LLC, and Rachel Rapp Burkemper (collectively "Defendants"), through their undersigned attorneys and pursuant to LCR 7(d) (1), hereby stipulate and jointly move for a brief extension of the initial case management deadline set forth in Court; s Order dated October 24, 2025 (Dkt. No. 50).

    1.    On August 10, 2020, Plaintiffs filed a Complaint in this Court against Defendants, including Nova Association Management Partners, LLC, Sound Legal Partners,11.LLC, and Rachel Rapp Burkemper, and had summonses issued to all Defendants. *See* Dkt Nos. 1,

STIPULATED MOTION AND ORDER
FOR EXTENSION OF INITIAL CASE
MANAGEMENT DEADLINES

Devlin Law Firm
526 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 449-9010

2.  To date, all parties have been served. *See* Dkt Nos. 10, 14.

3.  Before having an opportunity to respond to the Complaint, Plaintiff filed a First Amended Complaint on August 31, 2020. *See* Dkt No. 11

4.  A motion to disqualify counsel was also filed on October 13, 2020. *See* Dkt No. 20.

5.  The parties then jointly filed a motion to stay discovery pending decisions on the motion to dismiss. *See* Dkt No. 34. This Court then granted that stay via minute order on March 17, 2021. *See* Dkt No. 35.

6.  Then, on November 7, 2021, this Court stayed this case pending the resolution of litigation in state court. *See* Dkt No. 40.

7.  On October 21, 2021, a Motion for Reconsideration was filed, and a minute order denying that motion was entered the next day on October 22, 2021. *See* Dkt No. 42, 43.

8.  Then, after almost two years, on September 12, 2023, Defendants Sound Legal Partners, LLC and Rachel Rapp Burkemper filed a status report about the completion of the state litigation. *See* Dkt No. 44. They also filed a Motion to Reopen the Case on October 9, 2025. Dkt No. 48.

9.  This Court then reopened the case on October 24, 2025, and issued initial case management deadlines. Dkt No. 50.

10. On November 14, 2025, Defendants Sound Legal Partners, LLC and Rachel Rapp Burkemper filed a Second Motion to Dismiss, and the Court entered an Order Granting that Motion in Part and allowing leave to amend on some claims. Dkt. No. 55.

11. The Court's initial scheduling order (Dkt. No. 50) set deadlines for the parties' FRCP 26(f) conference and initial disclosures that have now passed. However, the Court's subsequent Order of January 13, 2026 (Dkt. No. 55), which grants Plaintiff leave to file a First

2

STIPULATED MOTION AND ORDER
FOR EXTENSION OF INITIAL CASE
MANAGEMENT DEADLINES

Devlin Law Firm
526 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 449-9010

Amended Complaint by February 3, 2026, has rendered that prior schedule procedurally impracticable.

12. The Parties have conferred and agree that a meaningful FRCP 26(f) conference, the exchange of initial disclosures, and a useful Joint Status Report are all contingent upon a settled, operative complaint that defines the scope of the claims, defenses, and anticipated discovery. Proceeding with these steps before the filing of the second amended complaint would be inefficient and premature.

13. On January 13, 2026, the Court ruled on Defendants' renewed Motion to Dismiss, granting in part (Dkt. No. 55), and granting leave to amend for any amended complaint to be filed by February 3, 2026.

14. The current scheduling order requires the parties to conduct their FRCP 26(f) conference and file their Joint Status Report on dates that precede the filing of the new operative pleading.

15. The Parties have conferred and agree that a meaningful FRCP 26(f) conference, the exchange of initial disclosures, and a useful Joint Status Report are all contingent upon a settled, operative complaint that defines the scope of the claims, defenses, and anticipated discovery. Proceeding with these steps before the filing of the First Amended Complaint would be inefficient and premature. To ensure the orderly progression of this case and to allow all counsel to prepare adequately based on the forthcoming pleading, the Parties stipulate that the initial case management deadlines should be reset as follows:

|  | Prior Deadline (Dkt No. 50) | Proposed Deadline |
|---|---|---|
| FRCP 26(f) Conference Deadline | 1/2/2026 | 2/10/2026 |
| Initial Disclosure Deadline | 1/9/2026 | 2/17/2026 |
| Joint Status Report Deadline | 1/16/2026 | 2/24/2026 |

STIPULATED MOTION AND ORDER
FOR EXTENSION OF INITIAL CASE
MANAGEMENT DEADLINES

Devlin Law Firm
526 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 449-9010

Dated January 14, 2026.

                                      Respectfully Submitted by:

| | |
|---|---|
| DEVLIN LAW FIRM LLC | FORSBERG & UMLAUF, P.S. |
| By: *s/ Christina L. Henry* <br> Christina L. Henry WSBA# 31273 <br> 6100 219th SW, Ste 480, PMB 398 <br> Mountlake Terrace, WA 98043-2222 <br> chenry@devlinlawfirm.com <br> Tel# 206-319-0077 <br> *Attorneys for Plaintiff John E. Collins* | By: *s/ Jeffrey T. Kestle* <br> Jeffrey T. Kestle, WSBA# 29648 <br> 401 Union St., Ste 1400 <br> Seattle, WA 98101 <br> jkestle@foum.law <br> Tel# 206-626-5444 <br> *Attorneys for Defendants Sound Legal Partners, PLLC, and Rachel Burkemper* |
| LEVY VON BECK COMSTOCK CHASTAIN, P.S. <br><br> By: *s/ Seth E. Chastain* <br> Seth E. Chastain, WSBA# 43066 <br> 1200 Fifth Ave, Ste 1850 <br> Seattle, WA 98101 <br> sechastain@levy-law.com <br> Tel# 206-626-5444 <br> *Attorneys for Nova Association Management Partners LLC* | |

## II. ORDER

Based on the foregoing stipulation of the Parties (**dkt 56**), IT IS SO ORDERED. The initial case deadlines are reset as set forth above.

Dated this 15th day of January 2026

*[signature]*

_____
UNITED STATES DISTRICT JUDGE JOHN C. COUGHENOUR

Presented by:

DEVLIN LAW FIRM LLC
By: */s/ Christina Henry*
    Christina Henry, WSBA # 31273
    6100 219th St SW
    Ste 480, PMB 398
    Mountlake Terrace, WA 98043-2222
    Tel# 206-319-0077
    chenry@devlinlawfirm.com
    *Attorneys for Plaintiff John E. Collins*

FORSBERG & UMLAUF, P.S.

By: */s/ Jeffrey T. Kestle*
    Jeffrey T. Kestle, WSBA# 29648
    401 Union St., Ste 1400
    Seattle, WA 98101
    jkestle@foum.law
    Tel# 206-626-5444
    *Attorneys for Defendants Sound Legal Partners, PLLC, and Rachel Burkemper*

LEVY VON BECK COMSTOCK CHASTAIN, P.S.

By: */s/ Seth E. Chastain*
    Seth E. Chastain, WSBA# 43066
    1200 Fifth Ave, Ste 1850
    Seattle, WA 98101
    sechastain@levy-law.com
    Tel# 206-626-5444
    *Attorneys for Nova Association Management Partners LLC*

5

STIPULATED MOTION AND ORDER
FOR EXTENSION OF INITIAL CASE
MANAGEMENT DEADLINES

Devlin Law Firm
526 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 449-9010