THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN E. COLLINS, JR., | CASE NO. C20-1206-JCC |
| Plaintiff, | ORDER |
| v. | |
| NOVA ASSOCIATION MANAGEMENT PARTNERS LLC, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's counsel, Christina L. Henry's, notice of compliance (Dkt. No. 58). Based on Ms. Henry's comprehensive and forthright response to Court's inquiry regarding inaccurate legal citations, (*see* Dkt. No. 55 at 3), the Court deems the matter closed. It will take no further action.

So ORDERED this 29th day of January 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-1206-JCC
PAGE - 1